**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-00306-KAS

DINESH KALERA,
Individually and on Behalf of all Others
Similarly Situated,

*Plaintiff*,

v.

MODIVCARE, INC., L. HEATH
SAMPSON, KENNETH SHEPARD, and
BARBARA K. GUTIERREZ

*Defendants*.

---

**NOTICE OF ENTRY OF APPEARANCE**

---

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for:

ModivCare Inc.

L. Heath Sampson

Kenneth Shepard

Barbara K. Gutierrez

DATED: February 13, 2025

Respectfully submitted,

*s/ Lydia Lulkin*

Lydia Lulkin
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, CO 80202

Telephone: (303) 298-5700
Fax: (303) 313-2829
Email: llulkin@gibsondunn.com

*Attorney for Defendants ModivCare Inc.,
L. Heath Sampson, Kenneth Shepard, and Bari
K. Gutierrez*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2025, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** was served via the ECF/PACER to counsel of record.

*s/ Lynette Apodaca*
Lynette Apodaca