IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00306-KAS

DINESH KALERA, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

MODIVCARE, INC.,
L. HEATH SAMPSON,
KENNETH SHEPARD, and
BARBARA K. GUTIERREZ,

        Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

        This matter is before the Court on the parties' **Joint Motion for Extension of Time to Move, Answer, or Otherwise Respond to Plaintiff's Complaint (ECF No. 1)** [#12] (the "Motion"). This lawsuit is a putative securities class action and therefore subject to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). Pursuant to the PSLRA, lead plaintiff candidates must file their motions by March 31, 2025. *See* 15 U.S.C. § 77z-1(a)(3). Accordingly,

        IT IS HEREBY **ORDERED** that the Motion [#12] is **GRANTED**, as follows:

(1) No Defendant shall have any obligation to answer or otherwise respond to the Complaint pending appointment of a lead plaintiff and the lead plaintiff's filing of an amended complaint or designation of the existing complaint as the operative complaint.

(2) Within 14 days of the Court appointing a lead plaintiff, the parties shall meet and confer and submit a proposed schedule to the Court for (i) the filing of an amended complaint or the designation of the existing complaint as the operative complaint, and (ii) the filing of an answer or motion to dismiss in response to the operative complaint.

        Dated: February 19, 2025