**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-00306-KAS

DINESH KALERA, Individually and on
Behalf of All Other Similarly Situated,

      Plaintiff,

  v.

MODIVCARE, INC., L. HEATH SAMPSON,
KENNETH SHEPARD, and BARBARA K.
GUTIERREZ,

      Defendants.

---

**DECLARATION OF ADAM M. APTON IN SUPPORT OF MOTION OF
CHRISTOPHER SKRYPSKI FOR APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF SELECTION OF COUNSEL**

---

I, Adam M. Apton, hereby declare, pursuant to 28 U.S.C. §1746, that:

1.      I am a member in good standing of the bar of this Court. I submit this declaration in support of the motion filed by Christopher Skrypski ("Movant") for appointment as Lead Plaintiff and approval of Movant's selection of counsel for the Class.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of the certification signed by Movant.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of the loss chart detailing the losses sustained by Movant.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of the press release announcing the filing of the first-filed action, which was published on January 29, 2025.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of the Declaration signed by Movant.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of the firm résumé of Levi & Korsinsky, LLP.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: March 31, 2025                   */s/ Adam M. Apton*
                                         Adam M. Apton

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2025, I electronically filed the foregoing with the Clerk

of Court using the CM/ECF system, which will send notification of such filing to the e-mail

addresses denoted on the Court's Electronic Mail Notice List.

*/s/ Adam M. Apton*
Adam M. Apton
Levi & Korsinsky, LLP
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com
