# EXHIBIT 2

| | |
|---|---|
| **Client Name** | Christopher Skrypski |
| **Company Name** | ModivCare Inc. |
| **Ticker Symbol** | MODV |
| **Security Type** | |
| **Class Period Start** | 11-03-2022 |
| **Class Period End** | 09-15-2024 |
| **90-DAY Lookback Period Start** | 09-16-2024 |
| **90-DAY Lookback Period End** | 12-14-2024 |
| **90-DAY Lookback Average** | $ 15.97 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $184,496.41 |
| DURA LIFO* Total | $180,740.83 |
| Gross Shares Purchased | 24,326 |
| Net Shares Retained | 4,916 |
| Net Funds Expended | $263,018.76 |

### Christopher Skrypski

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 06-15-2023 | 102 | 48.45 | $4,941.90 | | | | | | - | 102 | 102 | $15.97 | $1,629.23 | $3,312.67 | $3,312.67 |
| 06-15-2023 | 1 | 48.56 | $48.56 | | | | | | - | 1 | 1 | $15.97 | $15.97 | $32.59 | $32.59 |
| 06-28-2023 | 557 | 45.21 | $25,181.97 | | | | | | - | 557 | 557 | $15.97 | $8,896.86 | $16,285.11 | $16,285.11 |
| 06-28-2023 | 449 | 44.91 | $20,164.59 | | | | | | - | 449 | 449 | $15.97 | $7,171.79 | $12,992.80 | $12,992.80 |
| 06-28-2023 | 220 | 45 | $9,900.00 | | | | | | - | 220 | 220 | $15.97 | $3,514.02 | $6,385.98 | $6,385.98 |
| 06-28-2023 | 180 | 45.01 | $8,101.80 | | | | | | - | 180 | 180 | $15.97 | $2,875.11 | $5,226.69 | $5,226.69 |
| 06-28-2023 | 160 | 44.9 | $7,184.00 | | | | | | - | 160 | 160 | $15.97 | $2,555.65 | $4,628.35 | $4,628.35 |
| 06-28-2023 | 100 | 45.01 | $4,501.00 | | | | | | - | 100 | 100 | $15.97 | $1,597.28 | $2,903.72 | $2,903.72 |
| 07-27-2023 | 547 | 45.55 | $24,915.85 | | | | | | - | 547 | 547 | $15.97 | $8,737.13 | $16,178.72 | $16,178.72 |
| 07-27-2023 | 1 | 45.64 | $45.64 | | | | | | - | 1 | 1 | $15.97 | $15.97 | $29.67 | $29.67 |
| 07-27-2023 | 1 | 45.6 | $45.60 | | | | | | - | 1 | 1 | $15.97 | $15.97 | $29.63 | $29.63 |
| 08-03-2023 | 71 | 34.53 | $2,451.63 | 08-18-2023 | 71 | | $41.47 | $2,944.37 | - | - | - | $15.97 | | -$492.74 | -$492.74 |
| 08-03-2023 | 120 | 34.53 | $4,143.60 | 08-18-2023 | 120 | | $41.50 | $4,980.00 | - | - | - | $15.97 | | -$836.40 | -$836.40 |
| 08-03-2023 | 183 | 34.53 | $6,318.99 | 08-18-2023 | 183 | | $41.48 | $7,590.84 | - | - | - | $15.97 | | -$1,271.85 | -$1,271.85 |
| 08-03-2023 | 200 | 34.53 | $6,906.00 | 08-18-2023 | 200 | | $41.49 | $8,298.00 | - | - | - | $15.97 | | -$1,392.00 | -$1,392.00 |
| 08-03-2023 | 1569 | 34.53 | $54,177.57 | | | | | | - | 1569 | 1569 | $15.97 | $25,061.34 | $29,116.23 | $29,116.23 |
| 08-03-2023 | 28 | 34.68 | $971.04 | 08-18-2023 | 28 | | $41.47 | $1,161.16 | - | - | - | $15.97 | | -$190.12 | -$190.12 |
| 08-03-2023 | 1 | 34.71 | $34.71 | 08-18-2023 | 1 | | $41.44 | $41.44 | - | - | - | $15.97 | | -$06.73 | -$06.73 |
| 08-22-2023 | 173 | 38.59 | $6,676.07 | 11-03-2023 | 173 | | $47.60 | $8,234.80 | - | - | - | $15.97 | | -$1,558.73 | -$1,558.73 |
| 08-22-2023 | 473 | 38.59 | $18,253.07 | | | | | | - | 473 | 473 | $15.97 | $7,555.14 | $10,697.93 | $10,697.93 |
| 08-22-2023 | 2 | 38.6 | $77.20 | 11-03-2023 | 2 | | $47.60 | $95.20 | - | - | - | $15.97 | | -$18.00 | -$18.00 |
| 09-08-2023 | 531 | 28.41 | $15,085.71 | 09-15-2023 | 531 | | $33.70 | $17,894.70 | - | - | - | $15.97 | | -$2,808.99 | -$2,808.99 |
| 09-08-2023 | 88 | 28.41 | $2,500.08 | 10-18-2023 | 88 | | $40.46 | $3,560.48 | - | - | - | $15.97 | | -$1,060.40 | -$1,060.40 |
| 09-08-2023 | 118 | 28.41 | $3,352.38 | 10-31-2023 | 118 | | $43.16 | $5,092.88 | - | - | - | $15.97 | | -$1,740.50 | -$1,740.50 |
| 09-08-2023 | 140 | 28.41 | $3,977.40 | 11-03-2023 | 140 | | $47.60 | $6,664.00 | - | - | - | $15.97 | | -$2,686.60 | -$2,686.60 |
| 09-08-2023 | 2 | 28.41 | $56.82 | 09-15-2023 | 2 | | $33.70 | $67.40 | - | - | - | $15.97 | | -$10.58 | -$10.58 |
| 09-08-2023 | 1 | 28.41 | $28.41 | 09-15-2023 | 1 | | $33.70 | $33.70 | - | - | - | $15.97 | | -$05.29 | -$05.29 |
| 09-20-2023 | 300 | 36.92 | $11,076.00 | 10-18-2023 | 300 | | $40.46 | $12,138.00 | - | - | - | $15.97 | | -$1,062.00 | -$1,062.00 |
| 09-20-2023 | 105 | 37.02 | $3,887.10 | 10-18-2023 | 105 | | $40.46 | $4,248.30 | - | - | - | $15.97 | | -$361.20 | -$361.20 |
| 09-20-2023 | 1 | 36.83 | $36.83 | 10-18-2023 | 1 | | $40.46 | $40.46 | - | - | - | $15.97 | | -$03.63 | -$03.63 |
| 10-25-2023 | 460 | 41.5 | $19,090.00 | 10-31-2023 | 460 | | $43.16 | $19,853.60 | - | - | - | $15.97 | | -$763.60 | -$763.60 |
| 10-25-2023 | 1 | 41.83 | $41.83 | 10-31-2023 | 1 | | $43.16 | $43.16 | - | - | - | $15.97 | | -$01.33 | -$01.33 |
| 11-13-2023 | 50 | 41.15 | $2,057.50 | 09-12-2024 | 50 | | $14.50 | $725.00 | - | - | - | $15.97 | | $1,332.50 | $1,332.50 |
| 11-13-2023 | 556 | 41.15 | $22,879.40 | | | | | | - | 556 | 556 | $15.97 | $8,880.88 | $13,998.52 | $13,998.52 |
| 11-13-2023 | 1 | 41.12 | $41.12 | 09-12-2024 | 1 | | $14.50 | $14.50 | - | - | - | $15.97 | | $26.62 | $26.62 |
| 11-13-2023 | 1 | 41.12 | $41.12 | 09-12-2024 | 1 | | $14.50 | $14.50 | - | - | - | $15.97 | | $26.62 | $26.62 |
| 01-09-2024 | 238 | 41.59 | $9,898.42 | 03-19-2024 | 238 | | $30.59 | $7,280.42 | - | - | - | $15.97 | | $2,618.00 | $2,618.00 |
| 01-09-2024 | 28 | 41.59 | $1,164.52 | 09-12-2024 | 28 | | $14.50 | $406.00 | - | - | - | $15.97 | | $758.52 | $758.52 |
| 01-09-2024 | 100 | 41.45 | $4,145.00 | 03-19-2024 | 100 | | $30.59 | $3,059.00 | - | - | - | $15.97 | | $1,086.00 | $1,086.00 |
| 01-09-2024 | 1 | 41.58 | $41.58 | 03-19-2024 | 1 | | $30.59 | $30.59 | - | - | - | $15.97 | | $10.99 | $10.99 |
| 01-19-2024 | 42 | 38.77 | $1,628.34 | 03-04-2024 | 42 | | $31.91 | $1,340.22 | - | - | - | $15.97 | | $288.12 | $288.12 |
| 01-19-2024 | 268 | 38.77 | $10,390.36 | 03-04-2024 | 268 | | $31.90 | $8,549.20 | - | - | - | $15.97 | | $1,841.16 | $1,841.16 |
| 01-19-2024 | 1 | 38.77 | $38.77 | 03-19-2024 | 1 | | $30.71 | $30.71 | - | - | - | $15.97 | | $08.06 | $08.06 |
| 01-19-2024 | 150 | 38.77 | $5,815.50 | 03-19-2024 | 150 | | $30.59 | $4,588.50 | - | - | - | $15.97 | | $1,227.00 | $1,227.00 |
| 01-19-2024 | 3 | 39.06 | $117.18 | 03-04-2024 | 3 | | $31.91 | $95.73 | - | - | - | $15.97 | | $21.45 | $21.45 |
| 03-20-2024 | 28 | 28.99 | $811.72 | 04-03-2024 | 28 | | $22.56 | $631.68 | - | - | - | $15.97 | | $180.04 | |
| 03-20-2024 | 567 | 28.99 | $16,437.33 | 04-03-2024 | 567 | | $22.91 | $12,989.97 | - | - | - | $15.97 | | $3,447.36 | |
| 03-20-2024 | 1584 | 28.99 | $45,920.16 | 09-12-2024 | 1584 | | $14.50 | $22,968.00 | - | - | - | $15.97 | | $22,952.16 | $22,952.16 |
| 03-20-2024 | 1 | 29 | $29.00 | 04-03-2024 | 1 | | $22.56 | $22.56 | - | - | - | $15.97 | | $06.44 | |
| 03-20-2024 | 1 | 29.01 | $29.01 | 04-03-2024 | 1 | | $22.56 | $22.56 | - | - | - | $15.97 | | $06.45 | |

| Date | Shares | Price | Amount | Date | Shares | Price | Amount | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-03-2024 | 95 | 21.54 | $ 2,046.30 | 04-03-2024 | 95 | $ 23.55 | $ 2,237.25 | - | - | - | $ 15.97 | -$ 190.95 | -$ 190.95 |
| 04-03-2024 | 537 | 21.54 | $ 11,566.98 | 04-03-2024 | 537 | $ 23.54 | $ 12,640.98 | - | - | - | $ 15.97 | -$ 1,074.00 | -$ 1,074.00 |
| 04-03-2024 | 524 | 21.54 | $ 11,286.96 | 04-03-2024 | 524 | $ 22.56 | $ 11,821.44 | - | - | - | $ 15.97 | -$ 534.48 | -$ 534.48 |
| 04-03-2024 | 4 | 21.45 | $ 85.80 | 04-03-2024 | 4 | $ 23.55 | $ 94.20 | - | - | - | $ 15.97 | -$ 08.40 | -$ 08.40 |
| 04-03-2024 | 1 | 21.57 | $ 21.57 | 04-03-2024 | 1 | $ 23.55 | $ 23.55 | - | - | - | $ 15.97 | -$ 01.98 | -$ 01.98 |
| 04-05-2024 | 198 | 23.69 | $ 4,690.62 | 04-05-2024 | 198 | $ 23.98 | $ 4,748.04 | - | - | - | $ 15.97 | -$ 57.42 | -$ 57.42 |
| 04-05-2024 | 416 | 23.69 | $ 9,855.04 | 04-05-2024 | 416 | $ 23.97 | $ 9,971.52 | - | - | - | $ 15.97 | -$ 116.48 | -$ 116.48 |
| 04-05-2024 | 437 | 23.69 | $ 10,352.53 | 04-05-2024 | 437 | $ 23.96 | $ 10,470.52 | - | - | - | $ 15.97 | -$ 117.99 | -$ 117.99 |
| 04-05-2024 | 1 | 23.69 | $ 23.69 | 04-08-2024 | 1 | $ 24.05 | $ 24.05 | - | - | - | $ 15.97 | -$ 00.36 | -$ 00.36 |
| 04-05-2024 | 1 | 23.6 | $ 23.60 | 04-05-2024 | 1 | $ 23.87 | $ 23.87 | - | - | - | $ 15.97 | -$ 00.27 | -$ 00.27 |
| 04-05-2024 | 2 | 23.6 | $ 47.20 | 04-05-2024 | 2 | $ 23.98 | $ 47.96 | - | - | - | $ 15.97 | -$ 00.76 | -$ 00.76 |
| 04-08-2024 | 1056 | 23.57 | $ 24,889.92 | 04-08-2024 | 1056 | $ 24.05 | $ 25,396.80 | - | - | - | $ 15.97 | -$ 506.88 | -$ 506.88 |
| 04-08-2024 | 1045 | 23.73 | $ 24,797.85 | 04-08-2024 | 1045 | $ 23.91 | $ 24,985.95 | - | - | - | $ 15.97 | -$ 188.10 | -$ 188.10 |
| 04-08-2024 | 3 | 23.73 | $ 71.19 | 04-08-2024 | 3 | $ 24.05 | $ 72.15 | - | - | - | $ 15.97 | -$ 00.96 | -$ 00.96 |
| 04-08-2024 | 5 | 23.6 | $ 118.00 | 04-08-2024 | 5 | $ 23.91 | $ 119.55 | - | - | - | $ 15.97 | -$ 01.55 | -$ 01.55 |
| 04-08-2024 | 4 | 23.63 | $ 94.52 | 04-08-2024 | 4 | $ 23.91 | $ 95.64 | - | - | - | $ 15.97 | -$ 01.12 | -$ 01.12 |
| 04-08-2024 | 1 | 23.51 | $ 23.51 | 04-08-2024 | 1 | $ 23.91 | $ 23.91 | - | - | - | $ 15.97 | -$ 00.40 | -$ 00.40 |
| 04-08-2024 | 1 | 23.6 | $ 23.60 | 04-08-2024 | 1 | $ 23.91 | $ 23.91 | - | - | - | $ 15.97 | -$ 00.31 | -$ 00.31 |
| 04-09-2024 | 530 | 24.26 | $ 12,857.80 | 09-12-2024 | 530 | $ 14.50 | $ 7,685.00 | - | - | - | $ 15.97 | $ 5,172.80 | $ 5,172.80 |
| 04-09-2024 | 500 | 24.25 | $ 12,125.00 | 09-12-2024 | 500 | $ 14.50 | $ 7,250.00 | - | - | - | $ 15.97 | $ 4,875.00 | $ 4,875.00 |
| 04-09-2024 | 1 | 24.36 | $ 24.36 | 09-12-2024 | 1 | $ 14.50 | $ 14.50 | - | - | - | $ 15.97 | $ 09.86 | $ 09.86 |
| 04-10-2024 | 688 | 23.3 | $ 16,030.40 | 09-12-2024 | 688 | $ 14.50 | $ 9,976.00 | - | - | - | $ 15.97 | $ 6,054.40 | $ 6,054.40 |
| 04-10-2024 | 170 | 23.23 | $ 3,949.10 | 09-12-2024 | 170 | $ 14.50 | $ 2,465.00 | - | - | - | $ 15.97 | $ 1,484.10 | $ 1,484.10 |
| 04-10-2024 | 1 | 23.23 | $ 23.23 | 09-12-2024 | 1 | $ 14.50 | $ 14.50 | - | - | - | $ 15.97 | $ 08.73 | $ 08.73 |
| 04-11-2024 | 307 | 22.53 | $ 6,916.71 | 05-02-2024 | 307 | $ 22.16 | $ 6,803.12 | - | - | - | $ 15.97 | $ 113.59 | |
| 04-11-2024 | 1907 | 22.53 | $ 42,964.71 | 09-12-2024 | 1907 | $ 14.50 | $ 27,651.50 | - | - | - | $ 15.97 | $ 15,313.21 | $ 15,313.21 |
| 04-11-2024 | 5 | 22.5 | $ 112.50 | 05-02-2024 | 5 | $ 22.16 | $ 110.80 | - | - | - | $ 15.97 | $ 01.70 | |
| 04-15-2024 | 1934 | 21.97 | $ 42,489.98 | 05-02-2024 | 1934 | $ 22.16 | $ 42,857.44 | - | - | - | $ 15.97 | -$ 367.46 | -$ 367.46 |
| 04-15-2024 | 1 | 21.87 | $ 21.87 | 05-02-2024 | 1 | $ 22.14 | $ 22.14 | - | - | - | $ 15.97 | -$ 00.27 | -$ 00.27 |
| 04-15-2024 | 10 | 21.87 | $ 218.70 | 05-02-2024 | 10 | $ 22.16 | $ 221.60 | - | - | - | $ 15.97 | -$ 02.90 | -$ 02.90 |
| 05-10-2024 | 65 | 26.61 | $ 1,729.65 | 08-26-2024 | 65 | $ 26.67 | $ 1,733.55 | - | - | - | $ 15.97 | -$ 03.90 | -$ 03.90 |
| 05-10-2024 | 1 | 26.61 | $ 26.61 | 08-29-2024 | 1 | $ 27.51 | $ 27.51 | - | - | - | $ 15.97 | -$ 00.90 | -$ 00.90 |
| 05-10-2024 | 217 | 26.61 | $ 5,774.37 | 08-29-2024 | 217 | $ 27.52 | $ 5,971.84 | - | - | - | $ 15.97 | -$ 197.47 | -$ 197.47 |
| 05-10-2024 | 1 | 26.61 | $ 26.61 | 09-06-2024 | 1 | $ 31.47 | $ 31.47 | - | - | - | $ 15.97 | -$ 04.86 | -$ 04.86 |
| 05-10-2024 | 157 | 26.61 | $ 4,177.77 | 09-06-2024 | 157 | $ 31.67 | $ 4,972.19 | - | - | - | $ 15.97 | -$ 794.42 | -$ 794.42 |
| 05-10-2024 | 1 | 26.61 | $ 26.61 | 09-12-2024 | 1 | $ 14.50 | $ 14.50 | - | - | - | $ 15.97 | $ 12.11 | $ 12.11 |
| 05-10-2024 | 1435 | 26.61 | $ 38,185.35 | 09-12-2024 | 1435 | $ 14.50 | $ 20,807.50 | - | - | - | $ 15.97 | $ 17,377.85 | $ 17,377.85 |
| 05-10-2024 | 2 | 26.66 | $ 53.32 | 08-26-2024 | 2 | $ 26.67 | $ 53.34 | - | - | - | $ 15.97 | -$ 00.02 | -$ 00.02 |
| 07-09-2024 | 1146 | 24.17 | $ 27,698.82 | 07-11-2024 | 1146 | $ 25.97 | $ 29,761.62 | - | - | - | $ 15.97 | -$ 2,062.80 | -$ 2,062.80 |
| 07-09-2024 | 86 | 24.17 | $ 2,078.62 | 08-26-2024 | 86 | $ 26.67 | $ 2,293.62 | - | - | - | $ 15.97 | -$ 215.00 | -$ 215.00 |
| 07-09-2024 | 9 | 24.16 | $ 217.44 | 07-11-2024 | 9 | $ 25.97 | $ 233.73 | - | - | - | $ 15.97 | -$ 16.29 | -$ 16.29 |
| 07-18-2024 | 200 | 24 | $ 4,800.00 | 08-26-2024 | 200 | $ 26.67 | $ 5,334.00 | - | - | - | $ 15.97 | -$ 534.00 | -$ 534.00 |
| 07-18-2024 | 115 | 24 | $ 2,760.00 | 08-26-2024 | 115 | $ 26.67 | $ 3,067.05 | - | - | - | $ 15.97 | -$ 307.05 | -$ 307.05 |
| 07-18-2024 | 1 | 24.06 | $ 24.06 | 08-26-2024 | 1 | $ 26.65 | $ 26.65 | - | - | - | $ 15.97 | -$ 02.59 | -$ 02.59 |
| **Total:** | **24,326** | | **$710,991.85** | | **19,410** | | **$447,973.09** | **4,916** | **4,916** | | **$78,522.35** | **$184,496.41** | **$180,740.83** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.