# EXHIBIT 4

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-00306-KAS

DINESH KALERA, Individually and on
Behalf of All Other Similarly Situated,

      Plaintiff,

  v.

MODIVCARE, INC., L. HEATH SAMPSON,
KENNETH SHEPARD, and BARBARA K.
GUTIERREZ,

      Defendants.

---

**DECLARATION OF CHRISTOPHER SKRYPSKI IN SUPPORT OF HIS MOTION FOR
APPOINTMENT AS LEAD PLAINTIFF**

---

I, Christopher Skrypski, pursuant to 28 U.S.C. § 1746, declare as follow:

1.      I respectfully submit this Declaration in support of my motion for appointment as Lead Plaintiff in the above-captioned securities class action (the "Action") against ModivCare Inc. ("ModivCare" or the "Company"). I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2.      I currently reside in Nescopeck, Pennsylvania. I possess a Master of Science in Physical Therapy. I am the founder and CEO of Compass Home Health & Rehab LLC ("Compass"). Compass was incorporated in 2015. Compass is a Medicare Certified Home Health Care Agency that provides various home health care and related services. I have been investing in securities for 20 years. Further, I have experience hiring and overseeing attorneys for business-related matters.

3.      I am both capable and qualified to serve as the lead plaintiff in the Action. By virtue of my significant financial interest in the resolution of the Action, I am motivated to litigate vigorously, efficiently, and to the best of my ability to maximize the potential recovery for myself and the Class I seek to represent.

4.      Prior to seeking appointment as lead plaintiff in the Action, I communicated with Levi & Korsinsky, LLP about the lead plaintiff process, the responsibilities of a lead plaintiff, and how the Actions would progress after a lead plaintiff is appointed. I understand that a lead plaintiff is required to direct the litigation on behalf of the Class, stay apprised of all material developments of the litigation, and act in the best interests of the Class throughout the litigation.

5.      I understand that I was not required to seek appointment as lead plaintiff in order to recover. Rather, based on my financial interest, I decided to seek lead plaintiff appointment than remain an absent class member.

2

3

6.    After discussing the responsibilities of serving as a lead plaintiff and being satisfied that Levi & Korsinsky, LLP would adequately serve as lead counsel based on the firm's experience, resources, and past successes, I signed a retainer agreement with Levi & Korsinsky, LLP, and authorized the firm to file a lead plaintiff motion on my behalf. I understand that my counsel is submitting this declaration along with a timely application for appointment as lead plaintiff on my behalf.

I declare under penalty of perjury that the foregoing is true and correct. Executed on:

Date: 02/12/2025

Signed:

Name: Christopher Skrypski