**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-00306

DINESH KALERA, Individually and on
Behalf of All Other Similarly Situated,

                              Plaintiff,

v.

MODIVCARE, INC., L. HEATH
SAMPSON, KENNETH SHEPARD, and
BARBARA K. GUTIERREZ,

                              Defendants.

---

**DECLARATION OF PATRICE L. BISHOP IN SUPPORT OF IRVING FIREMEN'S
RELIEF AND RETIREMENT FUND FOR APPOINTMENT
AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

---

I, Patrice L. Bishop, declare and say that:

1.     I am Of Counsel with the law firm of Abraham, Fruchter & Twersky, LLP ("AF&T"), a member of the State Bar of California, and admitted to practice before this Court. AF&T is counsel for lead plaintiff movants Irving Firemen's Relief and Retirement Fund ("IFRRF") and proposed lead counsel for the putative class of the above-captioned securities class actions.  I submit this Declaration in support of the IFRRF's Motion for Appointment of Lead Plaintiff and Lead Counsel.  I have personal knowledge of the matters stated herein and if called as a witness could and would competently testify thereto.

2.     Attached hereto as Exhibit A is a true and correct copy of the notice of pendency of class action published on *Newsfile Corp.*, a national business-oriented wire service, on January 29, 2025.

3.     Attached hereto as Exhibit B is a true and correct copy of IFRRF's sworn certification.

4.     Attached hereto as Exhibit C is a true and correct copy of the estimate of the IFRRF's losses.

5.     Attached hereto as Exhibit D is a true and correct copy of AF&T's firm resumé.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed this 31st day of March 2025, at Los Angeles, California.

*/s/ Patrice L. Bishop*
Patrice L. Bishop
Declarant

- 1 -