# EXHIBIT A

# Scott+Scott Attorneys at Law LLP Files Securities Class Action Against ModivCare, Inc. (MODV)

**January 29, 2025 3:22 PM EST | Source: Scott+Scott Attorneys at Law LLP (/company/8957/ScottScott-Attorneys-at-Law-LLP)**

New York, New York--(Newsfile Corp. - January 29, 2025) - Scott+Scott Attorneys at Law LLP (https://scott-scott.com/sec-investigation/modivcare-inc/) ("Scott+Scott"), an international shareholder and consumer rights litigation firm, has filed a securities class action lawsuit in the United States District Court for the District of Colorado against ModivCare, Inc. ("ModivCare" or the "Company") (NASDAQ: MODV), and certain of its former and current officers and/or directors (collectively, "Defendants"). The Class Action asserts claims under §§10(b) and 20(a) of the Securities Exchange Act of 1934 (15 U.S.C. §§78j(b) and 78t(a)) and U.S. Securities and Exchange Commission Rule 10b-5 promulgated thereunder (17 C.F.R. §240.10b-5) on behalf of all persons other than Defendants who purchased or otherwise acquired ModivCare securities between November 3, 2022, and September 15, 2024, inclusive (the "Class Period"), and were damaged thereby (the "Class"). The Class Action filed by Scott+Scott is captioned: *Kalera v. ModivCare, Inc., et al.,* Case No. 1:25-cv-00306.

ModivCare is a technology-enabled healthcare services company that provides a suite of integrated supportive care solutions for public and private payors and their members. As part of its business model, ModivCare enters into contracts with a network of independent transportation providers.

The Class Action alleges that, during the Class Period, Defendants made misleading statements and omissions regarding the Company's business, financial condition, and prospects. Specifically, Defendants misled the market regarding the ability of its contracts to stabilize cash flow.

As the truth about ModivCare's business reached the market, the price of ModivCare's stock suffered significant declines, harming investors. For example, on September 16, 2024, before market hours, ModivCare filed a press release on a Form 8-K with the Securities and Exchange Commission, titled "Modivcare Provides Financial Update." Therein, the Company revised its 2024 Adjusted EBITDA guidance range from $185-$195 million to $170-$180 million, "primarily due to NEMT segment pricing accommodations made to strategically retain and expand key customer relationships." On this news, the Company's stock price fell $1.40 or nearly 10%, from $14.12 per share on September 15, 2024, to close at $12.72 per share on September 16, 2024, on unusually high trading volume.

**Lead Plaintiff Deadline** (https://scott-scott.com/sec-investigation/modivcare-inc/)

If you purchased ModivCare securities during the Class Period and were damaged thereby, you are a member of the "Class" and may be able to seek appointment as lead plaintiff.

**If you wish to apply to be lead plaintiff, a motion on your behalf must be filed with the U.S. District Court for the District of Colorado no later than March 31, 2025.** The lead plaintiff is a court-appointed representative for absent class members of the Class. You do not need to seek appointment as lead plaintiff to share in any Class recovery in the Class Action. If you are a Class member and there is a recovery for the Class, you can share in that recovery as an absent Class member.

**What You Can Do** (https://scott-scott.com/sec-investigation/modivcare-inc/)

You may contact an attorney to discuss your rights regarding the appointment of lead plaintiff or your interest in the Class Action. You may retain counsel of your choice to represent you in the Class Action.

**About Scott+Scott**

Scott+Scott is an international law firm known for its expertise in representing corporate clients, institutional investors, businesses, and individuals harmed by anticompetitive conduct or other forms of wrongdoing, including securities law and shareholder violations. With more than 100 attorneys in eight offices in the United States, as well as three offices in Europe, our advocacy has resulted in significant monetary settlements on behalf of our clients, along with other forms of relief. Our highly experienced attorneys have been recognized for being among the top financial lawyers in 2024 by Lawdragon, WWL: Commercial Litigation 2024, and Legal 500 in Antitrust Civil Litigation, and have received top Chambers 2024 rankings. In addition, we have been repeatedly recognized by the American Antitrust Institute for the successful litigation of high-stakes anticompetitive claims in the United States.

To learn more about Scott+Scott, our attorneys, or complex case resolution, please visit www.scott-scott.com (http://www.scott-scott.com).

This may be considered Attorney Advertising.

**CONTACT:**
**Nicholas S. Bruno**
**Scott+Scott Attorneys at Law LLP**
**230 Park Avenue, 24th Floor, New York, NY 10169**
**(888) 398-9312**
**nbruno@scott-scott.com** (mailto:nbruno@scott-scott.com)



To view the source version of this press release, please visit https://www.newsfilecorp.com/release/238893 (https://www.newsfilecorp.com/release/238893)

SOURCE: Scott+Scott Attorneys at Law LLP (/company/8957/ScottScott-Attorneys-at-Law-LLP)