# EXHIBIT B

Docusign Envelope ID: 03D6216E-231C-4C8E-97D7-F8A6EE85EA22

## CERTIFICATION OF PLAINTIFF
## PURSUANT TO THE FEDERAL SECURITIES LAWS

I, David Florance, as Chairman of the Irving Firemen's Relief and Retirement Fund ("IFRRF"), having the authority to enter into and execute this Certification on behalf of IFRRF, hereby certify as follows:

1.      I have reviewed the Complaint filed in *Kalera v. ModivCare, Inc., et al.*, No. 1:25-cv-00306-KAS (D. Col.), and authorize the filing of a similar complaint and a motion for IFRRF's appointment as lead plaintiff.

2.      IFRRF did not engage in transactions of the ModivCare, Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under the Securities Exchange Act of 1934 (the "1934 Act").

3.      IFRRF is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.      IFRRF's transactions during the relevant period in the ModivCare, Inc. securities that are the subject of this action are set forth in the attached Schedule A.

5.      During the three-year period preceding the date of this Certification, IFRRF has sought to serve as a representative party on behalf of a class in the following case filed under the 1934 Act: *Porcelli v. Outset Medical, Inc., et al.*, No. 5:24-cv-06124-EJD (N.D.Cal.).

6.      IFRRF will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered by the Court.

Docusign Envelope ID: 03D6216E-231C-4C8E-97D7-F8A6EE85EA22

I declare under penalty of perjury that the foregoing is true and correct. Executed this _21st_ day of February, 2025.

Signed by:

30AFBFA54D0C418...

David Florance

Chairman

Irving Firemen's Relief and Retirement Fund

Docusign Envelope ID: 03D6216E-231C-4C8E-97D7-F8A6EE85EA22

**Schedule A**

**Irving Firemen's Relief and Retirement Fund**
**Transactions in ModivCare, Inc. (MODV)**

| Transaction | Trade Date | Number Shares | Price |
|---|---|---|---|
| Buy | 12/08/2022 | 130 | 91.0851 |
| Buy | 08/15/2024 | 920 | 24.8908 |
| Sell | 09/12/2024 | (2,122) | 12.4226 |