# EXHIBIT C

## Loss Report

**Irving Firemen's Relief and Retirement Fund**
**Transactions in ModivCare, Inc. (MODV)**

Class Period Total Purchases: 1,050 shares
Class Period Total Net Purchases: 0 shares
Class Period Expenditures: ($34,740.60)
Class Period Net Expenditures: ($21,696.87)
Gain (Loss): ($21,696.87)

| Transaction | Trade Date | Shares Transacted | Shares Allocated | Price | Amount |
|---|---|---|---|---|---|
| Class Start Holdings | 11/03/2022 | 1,072 | | | |
| Buy | 12/08/2022 | 130 | 130 | 91.0851 | ($11,841.06) |
| Buy | 08/15/2024 | 920 | 920 | 24.8908 | ($22,899.54) |
| Sell | 09/12/2024 | (2,122) | (1,050) | 12.4226 | $13,043.73 |
| Class End Holdings | 09/15/2024 | 0 | | | |
| Gain (Loss) | | | | | ($21,696.87) |