# EXHIBIT 1





Promoted ···

Attract high-value guests
On average, Vrbo guests stay longer.
List today!

Top-Tier, Timely, $2/Week
WSJ coverage helps you navigate
market volatility with ease.

Top MPS Program | Cornell
See if Cornell's one-year MPS in
Management is right for you

About

Professional Community
Policies

Privacy & Terms ▾

Sales Solutions

Safety Center

Accessibility

Careers

Ad Choices

Mobile

Talent Solutions

Marketing Solutions

Advertising

Small Business

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Recommendation transparency
Learn more about Recommended Content.

Select Language

English (English)

LinkedIn Corporation © 2025

Messaging  ···  ✎  ⌃