# EXHIBIT 2

🔗 LinkedIn  🔍 Search

Home · My Network · Jobs · Messaging · Notifications · Me · For Business · Retry for $0

**Promoted** ···

IC

IC, explore relevant opportunities with Instructional Empowerment

Get the latest jobs and industry news

Follow

## Lisa Bolton
RN, BSN

Shavertown, Pennsylvania, United States · Contact info

245 connections

Lee Health
Wilkes University

Connect · Message · More

### About
I am a well-organized and dedicated nurse. I have experience in Home Health, Hospice, OASIS, ICD10 coding, QAM, management, supervision, scheduling, private duty, and long-term facility care.

### Activity
246 followers

Lisa hasn't posted yet
Recent posts Lisa shares will be displayed here.

Show all activity →

### Experience

**Case Manager**
Lee Health · Full-time
May 2021 - Present · 4 yrs
Fort Myers, Florida, United States

**Admission Nurse**
COMPASS HOME HEALTH & REHAB LLC · Full-time
Jan 2019 - May 2021 · 2 yrs 5 mos
Kingston, Pennsylvania, United States

**Clinical Director**
ERWINES HOME HEALTH & HOSPICE, INC. · Full-time
Aug 2017 - Jan 2019 · 1 yr 6 mos
Kingston, Pennsylvania, United States

**Quality Assurance Manager**
CareGivers America
Aug 2012 - Aug 2017 · 5 yrs 1 mo

Education of staff, orientation of new employees, Infection Control, Incident report review, Performance Improvement, Power Point presentations, research, CPR certified, versed in Home Health/Hospic  ...see more

**VNA Hospice**
Kingston, PA
2010 - 2012 · 2 yrs

Hospice Clinical Director

Show all 6 experiences →

### Education

**Wilkes University**
MSN, Administration

**Misericoridia University**
Bachelor's degree, Nursing Science
Grade: high honors/Dean's list
Activities and societies: received the Bernadette Hogan award

Show all 3 educations →

### Skills

**Home Health and Hospice**

**Long-term Care**
Gene Lispi has given an endorsement for this skill
👥 1 endorsement

Show all 14 skills →

### Recommendations

Received · Given

**More profiles for you**

Rose Mary S. · 3rd+
RN,DON,IPIC.WCC-HBO
Message

Allie K. Miller 🔗 · 3rd+
#1 Most Followed Voice in AI Business (2M) | Former...
+ Follow

Amanda Knepp ⊘ · 3rd+
LPC, CAADC
Message

Amy Kreckman, MSW, LSW
⊘ · 3rd+
Executive Director at Home
Message

Kimberly Wills ⊘ · 3rd+
Drug and Alcohol Counselor Acadia Comprehensive...
Message

Show all

**Explore Premium profiles**

Richard Deslauriers 🔗
· 3rd+
Founder at Inventure Medical Imaging
Message

Venkat Maddala 🔗 · 3rd+
Business Owner at EliteUS Software Solutions
Message

daniel katz 🔗 · 3rd+
Owner at owner
Message

Mitchell Maxwell 🔗 · 3rd+
President & Founder at MMaxwell Media at MMaxwe...
Message

**People you may know**

Elise Cherny
Business Owner at No Regrets
Connect

Zev Baumgarten ⊘
Rabbi - Development Director Chabad of the Hamptons
Connect

Renaee Smith
CEO- Independent Authors Publications/Nonprofit...
Connect

Samuel Alexander Jr.
Owner/CEO



**Kathleen Patrizi**
Medical Record Reviewer at CareGivers America
July 9, 2013, Kathleen worked with Lisa on the same team

Lisa is a very organized and thorough Q.A.M. along with her excellent social skills. She is very pleasant to work with.

## Interests

Companies    Groups    Schools

**Lee Health**
34,202 followers
+ Follow

**Wilkes University**
30,296 followers
+ Follow

Show all companies →

## Causes

Animal Welfare • Children • Disaster and Humanitarian Relief • Education • Environment • Health

**Michael Sleman**
Founder of Lumasoft | REINVENTING LIVE EVENTS
+ Connect

Show all

You might like
Pages for you

**NCH**
Hospitals and Health Care
16,523 followers
+ Follow

**Lee County**
Government Administration
10,080 followers
+ Follow

Show all

See who's hiring on LinkedIn.

About
Professional Community Policies
Privacy & Terms ▾
Sales Solutions
Safety Center

Accessibility
Careers
Ad Choices
Mobile

Talent Solutions
Marketing Solutions
Advertising
Small Business

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Recommendation transparency
Learn more about Recommended Content.

Select Language
English (English)

LinkedIn Corporation © 2025

Messaging 1