# EXHIBIT 3

in    Q Search    Home    My Network    Jobs    Messaging    Notifications    Me    For Business    Retry for $0

Promoted ···

IC    BrainPOP

IC, explore relevant opportunities with BrainPOP

Get the latest jobs and industry news

Follow

## Kristin N.

Controller at Compass Home Health and Rehab

Greater Scranton Area · Contact info

195 connections

**Compass Home Health and Rehab**

**Keystone College**

Connect    Message    More

### Activity

196 followers

**Kristin hasn't posted yet**

Recent posts Kristin shares will be displayed here.

Show all activity →

### Experience

**Controller**
Compass Home Health and Rehab
Apr 2018 - Present · 7 yrs 1 mo

**CareGivers America**
2 yrs 11 mos

**Controller**
Mar 2017 - Apr 2018 · 1 yr 2 mos

**Accounting Manager**
Jun 2015 - Mar 2017 · 1 yr 10 mos

**Staff Accountant**
SCE Environmental Group, Inc.
Mar 2015 - Jun 2015 · 4 mos
Lake Ariel, PA

SCE Environmental Group, Inc. provides a full range of in-house services to Government Agencies, Public, Commercial and Private Industry throughout the US and abroad. SCE offers comprehensive on-s ...see more

**Accountant**
CareGivers America
Feb 2009 - Mar 2015 · 6 yrs 2 mos

### Education

**Keystone College**
Bachelor of Science (BS), Accounting
2006 - 2009

**Penn State University**
Associate of Science (AS), Business Administration
2004 - 2006

### Skills

**Microsoft Dynamics SL**

Endorsed by Vicki Dash-Slesinski and 1 other who is highly skilled at this

Endorsed by 2 colleagues at CareGivers America

3 endorsements

**Payroll**

Jennifer Higgins and 1 connection have given endorsements for this skill

2 endorsements

Show all 31 skills →

### Interests

**Top Voices**    Companies    Groups    Schools

**Adam Bryant**
Senior Managing Director at The ExCo Group; Author, "The Leap To Leader" & "The CEO Test" (HBR); World50 Advising Member
168,285 followers

**Tim Ferriss**
Author of 5 #1 NYT/WSJ bestsellers, early-stage investor, host of The Tim Ferriss Show podcast (1B+ downloads), and collector of the strange.
1,532,174 followers

**More profiles for you**

**Karlen Jimenez** · 3rd+
Project Manager
Message

**Troy Holloway** · 3rd+
Executive Vice President at Century Engineering, A...
Message

**Richard Poplaski Jr** · 3rd+
Police Sergeant at Kearny Police Dept./ Chief at West...
Message

**Jason Brame** · 3rd+
Sr Project Engineer at Dewberry
Message

**Scott Harley, PE** · 3rd+
Principal, Project Technical Leader at CDM Smith
Message

Show all

**Explore Premium profiles**

**Richard Deslauriers** in
· 3rd+
Founder at Inventure Medical Imaging
Message

**Alexis Broz** in · 3rd+
Founder at Wild for Life inc
Message

**tallie dietz** in · 3rd+
Owner at marrow
Message

**Benson Goldenberg** in
· 3rd+
Owner at Benson Goldenberg Companies
Message

**People you may know**
From Kristin's industry

**Moshe Taub**
Rabbi at Young Israel of Holliswood-Holliswood Jewi...
Connect

**Shmuel Iann**
Healthcare
Connect

**Demetrios Bayiokos**
owner at Demetrios Bayiokos, DMD, LLC.
Connect



Follow

Follow

**Gregg Rothstein**
Owner of Gregg Rothstein
Architect - Expertise with...

Connect

**Sarah Krause**
Dentist at Union Dental Group

Connect

Show all

See who's hiring
on LinkedIn.

About                          Accessibility                    Talent Solutions               Questions?
                                                                                               Visit our Help Center.
Professional Community         Careers                          Marketing Solutions
Policies                                                                                       Manage your account and privacy
                                                                                               Go to your Settings.
Privacy & Terms                Ad Choices                       Advertising
                                                                                               Recommendation transparency
Sales Solutions                Mobile                           Small Business                 Learn more about Recommended Content.

Safety Center

LinkedIn Corporation © 2025

Select Language

English (English)

Tamal Roy                      Messaging  1

Sponsored            Apr 21