# EXHIBIT 4





About

Accessibility

Talent Solutions

Professional Community Policies

Careers

Marketing Solutions

Privacy & Terms ▾

Ad Choices

Advertising

Sales Solutions

Mobile

Small Business

Safety Center

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Recommendation transparency
Learn more about Recommended Content.

Select Language

English (English)

LinkedIn Corporation © 2025