# EXHIBIT 6

Lexis®

**Document:** Meghan Skrypski; Professional Contacts

---

# Meghan Skrypski; Professional Contacts

January 30, 2025

## Career Information

**\* \* \* \* \* \* \* \* \* \* CAREER \* \* \* \* \* \* \* \* \* \***

**COMPANY: Caregivers America** Llc.

**JOB-TITLE:** Occupational Industrial Specialist

**COMPANY ADDRESS:** 500 Fowler Ave Ste 104, Berwick, PA 18603-3326, US, Columbia

**MSA:** 7560

**COUNTY:** Columbia

**TELEPHONE:** +15702394497

**URL:** www.caregiversamerica.com

**INDUSTRY-TYPE:** Physical therapist;Visiting nurse service;

**Company: Caregivers America** Llc.

**Address:** 500 Fowler Ave Ste 104, Berwick, PA, 18603-3326

**Telephone:** +15702394497

**Occupation:** Occupational Industrial Specialist



Professional Contacts

**Content Type:** Directories

**Terms:** "CareGivers America" and ((mia w/2 (Bartoletti or Haney)) or skrypski or Sampson or Shepard or Gutierrez or barbarous or Carter or Coulter or Goldman or graham or Kelley or Norwalk or Sampson)

**Narrow By:** -None-

**Date and Time:** Apr 17, 2025  09:31:34 p.m. EDT

    Print        Cookie Policy

Terms & Conditions