# EXHIBIT 7

Newspapers.com by ancestry
https://www.newspapers.com/image/522388747/

The Times-Tribune (Scranton, Pennsylvania) · Sun, Mar 13, 2016 · Page O22
Downloaded on Apr 21, 2025

SC_TIMES_TRIB/SPECIAL_SECTION/PAGES [O22] | 03/09/16    CYAN MAGENTA YELLOW ICE    BLACK

O22   THE SUNDAY TIMES    **OUTLOOK 2016**    MARCH 13, 2016

## Home care industry is quickly growing

*A growing number of elderly and advances in health care are behind the increase in a need for services.*

**BY CLAYTON OVER**
STAFF WRITER

When Mia Bartoletti Haney's parents started running CareGivers America out of the basement of their Clarks Summit home in 2002, the three of them were the only employees.

Their services initially had a focus on nonmedical home care for seniors, assisting them with daily activities like cooking, cleaning and bathing.

"I started as a caregiver," Ms. Bartoletti Haney, now president of the company, said. "We've all done a little caregiving in our day."

Over time, the company expanded to include medical home care services, like therapists and home health nursing, to serving physically and mentally disabled customers and supplying equipment, like wheelchairs, hospital beds and walkers. They eventually started expanding into other counties. At the time, there were not a lot of other providers.

> *"It is growing exponentially and that's because the aging population is growing exponentially and that's driving the need for people to enter this industry ..."*
>
> **Jennifer Haggerty**
> Pennsylvania Homecare Association COO

"We really looked at the whole person and asked, 'what do you need to stay home?' and looked to provide all of that," Ms. Bartoletti Haney said.

Today, the company has about 500 clients in Lackawanna County and employs about 2,000 people in Pennsylvania alone. It was recently acquired by a New York-based home health care service, All Metro Health Care.

The growth of the company mirrors the growth of the home health care industry as a whole. According to the federal Bureau of Labor Statistics, the home health care service industry is the fastest growing in the entire nation. In 2014, an estimated 1.26 million people were employed in the industry. By 2024, a little more than 2 million jobs are expected to be available in the field.

The industry in Pennsylvania is mirroring that growth, sparked by a growing number of elderly people and advances in health care that enable people to live longer with chronic conditions, said Jennifer Haggerty, chief operating officer of the Pennsylvania Homecare Association.

"It is growing exponentially and that's because the aging population is growing exponentially and that's driving the need for people to enter this industry and everyone wants to stay home," Ms. Haggerty said.

There are a couple of different components to the industry in Pennsylvania, Ms. Haggerty explained: home health care, hospice or end-of-life care and nonmedical home care. According to a 2012 study commissioned by the association, one in 18 people in the state worked in the industry, which provides care to about 575,000 customers.

The growth also has an economic impact on the state. The study found that the industry generated about $21.7 billion for Pennsylvania that year and about $1 of every $30 in taxes collected by the state comes from the industry.

**Contact the writer:**
cover@timesshamrock.com,
@ClaytonOver on Twitter



WARREN RUDA / STAFF PHOTOGRAPHER
Patient Ivan Galietti of New York talks about rehabilitation as Director of Nursing Lori Evans looks on at Allied Services John Heinz Institute of Rehabilitation Medicine in Wilkes-Barre Twp. Mr. Galietti was injured in June when the tour bus he was traveling in was struck nearly head-on by a tractor trailer on Interstate 380 in Coolbaugh Twp.

##  READY OR NOT

*Aging baby boomers are expected to increase pressure on an already stressed health care industry.*

**BY DENISE ALLABAUGH**
STAFF WRITER

Local health care facilities are preparing for a glut of aging baby boomers who will need medical care.

Baby boomers, born during the post–World War II era between 1946 and 1964 and are now age 51 to 70, are expected to have an enormous impact on health care in the future and put pressure on an already-stressed system.

The population of people over age 65 will increase by 73 percent from 2010 to 2030, meaning one in five Americans will be a senior citizen, according to the American Medical Student Association.

In Luzerne and Lackawanna counties and throughout Pennsylvania, the largest segment of the population is in the 45-54 age group and that demographic will continue to grow.

The regional health care industry will need to respond to the growing need or residents could head elsewhere for their medical care.

### Rehab unit expands

Allied Services John Heinz Institute of Rehabilitation Medicine in Wilkes-Barre Twp. is among the local health care facilities responding to that need by expanding its transitional rehabilitation unit.

The unit is for patients who require less intensive levels of nursing care or therapy than provided in inpatient rehabilitation hospitals, but still require around-the-clock care and daily therapy.

It started eight years ago with 18 beds, increased to 25 and is now expanding again to 31 beds, said Lori Evans, director of nursing for the unit.

One reason the institute added the unit was in anticipation of an increased need for services among aging boomers, said Greg Basting, M.D., medical director. Another reason is that federal payments have been restricted for traditional rehabilitation services through Medicare, he said.

"They say patients we have traditionally taken care of don't belong in rehabilitation," Dr. Basting said. "Now we have to set up a situation where we can still continue to provide that type of quality rehabilitative care, but we have to do it in a different setting."

The setting in Wilkes-Barre Twp. looks similar to the rest of John Heinz Institute, but is licensed as a skilled nursing unit and is intended to serve people temporarily who plan to return home.

Ivan Galietti, 63, was among the patients at the unit. He was injured in a crash between a tour bus and tractor-trailer in Cool-



WARREN RUDA / STAFF PHOTOGRAPHER
Ivan Galietti is assisted by registered nurse Jane Fetko during a rehab session.

baugh Twp. in June.

The New York City resident was among 14 members of a tour group on the bus headed north on Interstate 380 when it was struck nearly head-on by a tractor trailer. The bus driver and two passengers were killed.

Mr. Galietti suffered multiple fractures and the staff at the unit helped him get back in shape.

"Thanks to the therapy every day and care, now I can sort of walk with a cane," Mr. Galietti said. "I have been progressing constantly. Every week, I can see progress."

Recently, he was discharged.

### Geisinger expands LIFE

Geisinger recently expanded a program that provides services for a growing number of senior citizens over age 55 who might otherwise be confined to nursing homes.

The federal and state sponsored program is called "LIFE," or Living Independently For Elders. Geisinger already has LIFE programs in Scranton and Kulpmont and expanded it to Geisinger South Wilkes-Barre.

It offers services such as health care, medication management, social services, recreational therapy, physical, occupational and speech therapy, meals and nutritional counseling.

"The best place for a person to be is at home with their loved ones being taken care of my their families so the more that we can

do to keep them in that setting and augment it, the better the patients are going to be and the better the families are going to be," said Ron Beer, chief administrative officer of Geisinger Wyoming Valley Medical Center.

In the future, John Bulger, D.O., chief medical officer for Geisinger Health Plan and population health for Geisinger Health Plan, said there will be new and different ways Geisinger will serve the growing aging population such as a having a team of a physicians, nurses and nurse practitioners to provide health care. If a patient needs to consult with a cardiologist, the doctor may be on a computer screen.

Geisinger already has a telemedicine program that includes live audio/visual consultations and is exploring ways patients can connect with their doctors' office from their homes, offices or out of town, he said.

"Patients will be able to have access to a cardiologist or diabetic expert and may not have to physically go see the person," Dr. Bulger said. "There's going to be a cultural change about what going to the doctor means."

Paramedics make house calls through a pilot program Geisinger Wyoming Valley Medical Center began last year. Based on its success, Geisinger officials are now working on a pilot program called "Treatment at Home," Mr. Beer said.

"We're looking at how we can

bring care to the patient, as opposed to patient to the care," Mr. Beer said. "We're hoping to start that program in the next few months."

### Challenges ahead

Challenges remain to serve the growing aging population, specifically shortages of physicians and specialists, said Teri Ooms, executive director of the Institute for Public Policy and Economic Development.

"Those are issues the Commonwealth Medical College and the Wright Center are working diligently to increase the quantity of all types of physicians, but I think the demand will outpace the supply slightly over the next 10 to 20 years," Ms. Ooms said.

Long term care workers, physical therapists, health care aides and more also are needed.

"Our regional workforce needs to be built to handle the demand that will occur," she said.

Bob Hoffman, chief nursing officer at Wilkes-Barre General Hospital, said there are shortages of all types of direct caregivers, including nurses and certified nursing assistants, to take care of the growing aging population.

"I think part of the problem is there seems to be less support from the family level to take care of loved ones," Mr. Hoffman said. "That leads to more institutionalization, whether it be long-term care or nursing homes or assisted living, which are expensive settings and provide more of a demand for registered nurses, licensed practical nurses and certified nursing assistants."

Commonwealth Health has a skilled nursing center, the Berwick Retirement Village in Berwick Hospital Center, and a home care program and is looking at expanding long-term care opportunities in the future, Mr. Hoffman said.

"I think it's going to be tougher for the baby boomer generation because structure and support from families are not there like they were in generations past," Mr. Hoffman said. "They're not going to be able to be in an acute care setting."

Despite the challenges, both Geisinger Health System and Commonwealth Health have been upgrading and plan to continue to do so in the future. As a result, Ms. Ooms said the area is in a better position today than in the past to handle the increasing aging population.

"I don't believe people need to leave the region to get excellent health care," she said.

**Contact the writer:**
dallabaugh@citizensvoice.com

> *"We're looking at how we can bring care to the patient, as opposed to patient to the care."*
>
> **Ron Beer**
> Chief administrative officer of Geisinger Wyoming Valley Medical Center

Copyright © 2025 Newspapers.com. All Rights Reserved.