# EXHIBIT 9





**Board Member**
Pennsylvania Homecare Association
Jan 2016 - Dec 2022 · 7 yrs
Health

Rabbi Yossy Gordon
Chief Executive Officer (CEO)
at Chabad on Campus...

Connect

Jay Savulich
Managing Director for Mission
Ventures at Rising Tide...

Connect

Show all

## Skills

**Call Center**

1 endorsement

**Healthcare**

Endorsed by CareGivers America, LLC who is highly skilled at this

Endorsed by 8 colleagues at CareGivers America

35 endorsements

Show all 18 skills →

You might like
Pages for you

**Home Health Care News**
Technology, Information and
Media
60,392 followers

+ Follow

**AZBilling LLC**
Hospitals and Health Care
1,376 followers

+ Follow

Show all

## Recommendations

Received    Given

**Nothing to see for now**
Recommendations that Mia receives will appear here.

## Organizations

**Pennsylvania Homecare Association**
Board Member · Jan 2015 - Dec 2022

**Serving Seniors, Inc.**
Board Member · Jan 2014 - Dec 2021

Show all 4 organizations →

## Interests

Top Voices    Companies    Groups    Newsletters    Schools

**Ryan Reynolds**
Part-Time Actor, Business Owner
3,621,807 followers

+ Follow

**Mark Cuban**
President
8,007,782 followers

+ Follow

Show all Top Voices →

Questions?
Visit our Help Center.

Select Language

Manage your account and privacy
Go to your Settings.

Recommendation transparency
Learn more about Recommended Content.

LinkedIn Corporation © 2025

Messaging