# EXHIBIT 10

# ARTICLE

## ALL NEWS

Search news

**SEPTEMBER 11, 2014**

# Nautic Partners Acquires All Metro Health Care Services, Inc.

PROVIDENCE, RI

Nautic Partners, LLC ("Nautic" or "Nautic Partners") today announced that it has partnered with management to acquire All Metro Health Care Services, Inc. ("All Metro"). All Metro is a leading provider of home and community based services in New York, New Jersey and Florida. All Metro was founded in 1955 and is headquartered in Lynbrook, NY. All Metro is a leading licensed home care agency providing primarily non-skilled personal care aide services, including light housekeeping, homemaking, bathing and grooming to seniors and high needs individuals. All Metro provides its services from ten branches in New York, two branches in New Jersey and two branches in Florida. In addition to its non-skilled personal care aide services, All Metro is also a leading provider under two specialty home care waiver programs in New York. These waiver programs provide the necessary services required to allow nursing home eligible individuals and individuals with traumatic brain injuries to remain in the community.

"We believe that All Metro is well positioned to serve as a value-added provider in its core states due to its high quality reputation, its broad geographical footprint and its leading presence in the New York specialty waiver programs, which require a higher level of care. All Metro is ideally positioned for further growth given the expected increase in demand for home care services driven by demographic trends," said Chris Crosby, Managing Director of Nautic. "We are very pleased to be partnering with the All Metro management team."

"We are excited to partner with Nautic, a firm that shares our vision of growth and will be a valuable partner as well," said David Middleton, President and CEO of All Metro. "We believe the long-term opportunity in our states is compelling and we look forward to working with Nautic to develop new programs to better serve our patients and payers.  Nautic's strategic and financial resources will help position us to continue our historical growth trend while improving care for our patients."

"We are highly impressed with the All Metro management team, which has driven notable growth at the organization," added Chris Vinciguerra, Senior Associate of Nautic. "All Metro provides a valuable service that enables seniors and individuals with special needs to remain in the home, which is where they want to be. We believe well-run home care providers like All Metro serve an important role in the health care industry and are well positioned to serve as the fulcrum service to help drive efficiency in the broader health care delivery system. The more frequent contact between All Metro's aides and its patients creates an opportunity to better monitor patient health trends on a real-time basis, ultimately reducing avoidable hospital admissions. We look forward to working with All Metro and its key payers to design programs that will bring this vision to fruition."

Healthcare Finance Group led the financing for the transaction. Terms of the transaction were not disclosed.

### About All Metro Health Care Services, Inc.

All Metro is a leading provider of home care services to patients in New York, New Jersey and Florida. All Metro provides a wide range of services from basic services, such as providing a homemaker to assist with meal preparation and light housekeeping for a few hours a day or a home health aide to provide assistance with activities of daily living, to complex home nursing services provided by around-

the-clock Registered Nurses. All Metro was founded in 1955 and is headquartered in Lynbrook, NY.  For more information, see www.all-metro.com.

< PREVIOUS     NEXT >

ALL NEWS

CONTACT US  |  Terms of Use  |  Privacy Policy  |  STAFF  |  Copyright © 2025 Nautic Partners, LLC. All rights reserved.

Certain statements about Nautic made by portfolio company executives herein are intended to illustrate Nautic's business relationship with such persons, including with respect to Nautic's facilities as a business partner, rather than Nautic's capabilities or expertise with respect to investment advisory services. Portfolio company executives were not compensated in connection with their participation, although they generally receive compensation and investment opportunities in connection with their portfolio company roles, and in certain cases are also owners of portfolio company securities and/or investors in Nautic-sponsored vehicles. Such compensation and investments subject participants to potential conflicts of interest in making the statements herein.