# EXHIBIT 11

**OneEquity**

**OneEquity**

Date

02.10.16

# OEP acquires All Metro Health Care Services (All Metro)

Providence, RI, February 10, 2016 – Nautic Partners, LLC announced today that it has completed the sale of All Metro Health Care Services, Inc. (All Metro) to private equity firm One Equity Partners (OEP). The terms of the transaction were not disclosed.

Headquartered in Valley Stream, NY, All Metro is a leading provider of home and community based services in New York, Pennsylvania, New Jersey and Florida. All Metro is a licensed home care agency providing primarily non-skilled personal care aide services, including light housekeeping, homemaking, bathing and grooming to seniors and high needs individuals. All Metro provides its services from 10 branches in New York, 17 branches in Pennsylvania, two branches in New Jersey and two branches in Florida. In addition to its non-skilled personal care aide services, All Metro is also a leading provider under two specialty home care waiver programs in New York. These waiver programs provide the necessary services required to allow nursing home eligible individuals and individuals with traumatic brain injuries to remain in community settings rather than nursing homes.

"We have greatly enjoyed our partnership with the outstanding management team at All Metro," said Chris Crosby, Managing Director of Nautic. "During

our ownership period, the Company continued its strong growth trajectory while maintaining its high focus on patient care. The successful acquisition of CareGivers America (CGA) expanded the Company's footprint into Pennsylvania in a meaningful way and brought strong local management talent. We continue to believe that the home care market is well positioned to grow as a result of demographic trends and the fact that the home represents the lowest cost care setting and preferred location for seniors. Due to its scale and diversified business model, All Metro is also well positioned to continue to identify and integrate acquisitions to improve scale in its existing footprint, expand into new geographies and add new service capabilities."

Brad Coppens, a Managing Director of OEP, said "We are enthusiastic about the opportunity to support All Metro and its management team in this exciting new chapter for the company. Home care is entrenched as the care setting of choice for managed care organizations, state agencies and patients alike, and companies of scale like All Metro are uniquely positioned to deliver value. All Metro is investing heavily in its people, systems and care management and coordination tools to remain at the forefront of innovation and modernization in the home care market. Through strategic acquisitions, we hope to extend those capabilities into new markets where the company can have a positive impact on the lives of new patients."

David Middleton, All Metro's President and Chief Executive Officer, said "Nautic's strategic guidance and financial resources provided us the insight and capital necessary to execute upon our key strategic initiatives, including the development of new programs designed to improve patient care and reduce overall costs to the healthcare system. These programs further cemented our strong position in the industry and drove a heightened level of dialogue with our managed care customers. This is an excellent outcome for All Metro's shareholders, customers and employees. We look forward to continuing our strong growth trajectory and program development in partnership with OEP and executing upon the numerous strategic opportunities in front of us."

Harris Williams & Co. and Cain Brothers & Company, LLC served as financial advisors to All Metro, while Goodwin Procter LLP acted as legal counsel for the Company. Jones Day acted as legal counsel for OEP.

About Nautic Partners

Founded in 1986, Nautic is a middle-market private equity firm that has managed over $3 billion of assets throughout its history. The firm focuses on three specialty areas: industrial products, outsourced services and healthcare. Nautic has completed 123 transactions in partnership with management. The firm targets equity investments of $25 to $75 million, representing majority ownership in niche businesses with strong market share and growth potential, identified value enhancement opportunities and strong management teams.

For more information, please visit: www.nautic.com.

About One Equity Partners

One Equity Partners (OEP) is a leading middle-market private equity firm with $3.5 billion under management. OEP focuses on investing in family, carve-out and platform companies with a mission of expanding those companies with growth capital and through add-on mergers. OEP invests in a variety of industries, including healthcare, technology, media, telecom, business services, consumer products, chemicals and manufacturing. Founded in 2001, OEP spun out of JPMorgan in 2015. Since inception, OEP has invested approximately $11 billion in 77 companies. OEP's investment professionals are located across North America, South America and Europe, with offices in New York and Chicago, and advisory offices in Frankfurt and São Paulo.

For more information, please visit: www.oneequity.com.

About All Metro

All Metro is a leading provider of home care services to patients in New York, Pennsylvania, New Jersey and Florida. All Metro provides a wide range of services from basic services, such as providing a homemaker to assist with meal preparation and light housekeeping for a few hours a day or a home health aide to provide assistance with activities of daily living, to complex home nursing services provided by around-the-clock Registered Nurses. All Metro was founded in 1955 and is headquartered in Valley Stream, NY.

For more information, please visit: www.all-metro.com.

This website uses cookies. For more information, visit our Privacy & Cookie Policy