# EXHIBIT 13

# MEET THE TEAM



✉ **EMAIL**        in **LINKEDIN**

## Mia Haney

*Chief Executive Officer*

Mia Haney, CEO of the Pennsylvania Homecare Association, holds a bachelor's degree from the University of Miami and an MBA from the University of Scranton. With over 15 years of industry expertise, Mia specializes in home care and home health advocacy, quality improvement, and organizational management. In her previous role, she successfully led a privately-owned home healthcare organization through significant transitions, including Private Equity ownership, resulting in its evolution into a publicly traded entity. As Chief Operating Officer of a seven-state personal care operation, Mia demonstrated strategic foresight, collaborative leadership, and a profound understanding of the intricacies within the home healthcare sector.

**Connect with Mia on:** Provider Support, Industry Updates, and Association Strategy/Priorities



✉ EMAIL        in LINKEDIN

# Carrie Elliott Reese

*Director of Education and Events*

Carrie joins our team with a background in Hospitality Management, with a Bachelor's Degree from Johnson & Wales University in Rhode Island.  With over 20 years of experience in Operations & Event Management, Carrie's attention to detail, strong organizational skills and industry connections will ensure the continued growth of our Education Program and elevated execution of our full portfolio of offerings. In her previous role, she served as the Corporate Event Manager for a nationwide company, planning travel, meetings, conferences, and events in 20 different states.  Carrie's outside passions include wine education, and as a Certified Sommelier she has curated custom tasting events for the last 15 years.

**Connect with Carrie on:** Education, Annual Conference, & Events



☑ **EMAIL**        in **LINKEDIN**

# Becky Jacobs, CCSP, GCDF, CWDP

*Senior Director of Workforce Development*

Rebecca "Becky" Jacobs, CCSP, GCDF, CWDP, brings over 15 years of healthcare recruitment and workforce development expertise to PHA. With a bachelor's degree from Marywood University, Becky previously excelled as a Senior Nurse Recruiter at a large PA-based hospital system and as a Recruitment/Retention Manager for a multi-office PA-based home care, home health, and hospice provider. Her experience spans process improvement, talent team leadership and development, implementing recruitment best practices, and conducting educational sessions. She successfully led strategic insourcing initiatives, hiring over 500 nurses for outpatient roles. Becky is passionate about empowering home-based care professionals, fostering career development, and creating inclusive work environments. She was also recognized by the Pennsylvania House of Representatives for her volunteer work participating in fundraising events, leading volunteer participants in lobbying efforts, and serving in volunteer leadership roles with the Walk to End Alzheimer's.

**Connect with Becky on:** Recruitment & Retention, Hiring Best Practices, PHA's Job Board



☐ EMAIL          in LINKEDIN

# Jana Johnson

*Membership Development Director*

Jana brings valuable experience in the home care industry, with a background working with home care technology startups. Passionate about home care, she is driven by the knowledge

that her work directly improves patients' lives. As part of the PHA team, she is dedicated to supporting our agency and business members, ensuring they receive maximum value from their partnership with us. She is also focused on welcoming new members and partners, helping them navigate the challenges of the industry.

**Connect with Jana on:** Maximizing value in your membership/partnership, Interest in joining



✉ **EMAIL**        in **LINKEDIN**

# Cody Jones

*Senior Director of Government Affairs*

Cody Jones brings nearly 15 years of government affairs, state and federal government, strategic communications and campaign management experience. Previously, Cody served as Chief Strategic Relations Officer for Pennsylvania's State System of Higher Education, where he led legislative and policy development efforts for five years. While at PASSHE, he played a leading role in the passage of landmark higher education legislation and record-high funding

increases. His background includes key roles in statewide and federal political campaigns, where he demonstrated leadership in executive management and government affairs.

**Connect with Cody on:** Government Relations, Grassroots Advocacy, Home Care Day on the Hill



✉ **EMAIL**          in **LINKEDIN**

# Michaelene Licht

*Accounting Manager*

Michaelene Licht is an accomplished financial administrator with a proven track record in non-profit organization management. Joining PHA in 2022 as Accounting Manager, Michaelene oversees financial operations and accounting functions for the Association, HomePAC, and the Foundation. She also serves as the staff liaison for the Foundation and manages the administration of the Home Care Grant program. In addition to her professional endeavors, Michaelene has been writing and editing mathematics textbooks for over 25 years.

**Connect with Michaelene on:** PHA's Foundation & Home Care Grant



✉ EMAIL      in LINKEDIN

# Mena Louies

*Director of Program Development*

Mena has a combined 14 years of homecare, home health and hospice experience. He served in roles that allowed him to drive change both operationally and clinically. His career has centered around transforming patient services through education, innovation, and compassionate leadership. With a bachelor's in political science and a master's in human resource management from Saint Francis University, he is dedicated to enhancing clinical education, streamlining care delivery, and ensuring patients receive the highest quality support.  He successfully led organizations that span across the industry, that delivered patient-centered care—developing practical, lasting solutions that empowered healthcare teams and improved outcomes.

**Connect with Mena on:** Provider Support, Education, Regulatory & Compliance



✉ EMAIL          in LINKEDIN

## MaiLynn Peters

*Senior Director of Business Solutions*

MaiLynn has been the driving force behind transformative system implementations, elevating operational efficiency across diverse industries. Leveraging her bachelor's degree from Penn State University, an MBA from the University of Scranton, and a toolkit of process improvement certifications, she's the architect behind game-changing implementations that boost organizational performance. MaiLynn's strength lies in crafting practical, lasting solutions that streamline workflows and enhance efficiency. What sets her apart is her unique blend of technical expertise and empathy—she never loses sight of what matters most: your employees. This approach allows MaiLynn to develop strategies that not only look good on paper but truly stick, positioning organizations to thrive in an ever-evolving industry.

**Connect with MaiLynn on:** Business Solutions, EVV/Software Implementation, and Operational Efficiency

© 2025 Pennsylvania Homecare Association  |  All Rights Reserved