# EXHIBIT 14

## IN THE COURT OF COMMON PLEAS OF LUZERNE COUNTY
## COMMONWEALTH OF PENNSYLVANIA

### CIVIL

**CHRISTOPHER B. SKRYPSKI**

vs.

**COMMONWEALTH OF PENNSYLVANIA,
DEPARTMENT OF TRANSPORTATION,
BUREAU OF DRIVER LICENSING**

No. _2017_ CV _07608_

### APPEAL FROM THE SUSPENSION OF OPERATING PRIVILEGES

TO THE HONORABLE, THE JUDGES OF THE COURT OF COMMON PLEAS OF LUZERNE COUNTY:

**AND NOW COMES**, Petitioner, Christopher B. Skrypski, by and through his attorney, Leonard Gryskewicz, Jr., who respectfully avers as follows:

1.    Petitioner resides at 198 Overlook Road, Nescopeck, PA 18635.

2.    Petitioner's Pennsylvania Operator's (Driver's License) Number is 23225062.

3.    PennDOT proposes by Notice dated June 9, 2017, to suspend Petitioner's driving privileges for a period one (1) year, pursuant to Section 75 § 1547 of the Vehicle Code, Chemical Test Refusal alleged to have occurred on May 20, 2017. A copy of said Notice is attached hereto as Petitioner's Exhibit A.

4.    The withdrawal and suspension of Petitioner's operating privileges is unlawful for the following reasons:

a.)    Petitioner did not violate 75 Pa.S.C.A. § 3802 on May 20, 2017;

b.)    Petitioner's subsequent detention by the arresting officer on said date was illegal;

c.)    The arresting officer did not have reasonable grounds to believe that Petitioner was operating a vehicle while under the influence of alcohol;

d.)    Petitioner was not warned that a refusal would result in a license suspension and/or increased criminal penalties as is required by 75 Pa.C.S. § 1547.

**WHEREFORE**, Petitioner respectfully requests that this Honorable Court allow him to take an appeal from the suspension of his operating privileges.

Respectfully submitted,

Dated:    **June 22, 2017**

Leonard Gryskewicz, Jr.
Pa Bar #: 321467

LAMPMAN LAW OFFICE
2 Public Sq.
Wilkes-Barre, PA 18701

## VERIFICATION

I, Leonard Gryskewicz, Jr., counsel for the Petitioner depose and say that the facts set forth in the above Motion are true and correct to the best of my knowledge, information and belief and that this verification is made with the understanding that false statements made to authorities are subject to penalties as set forth in 18 Pa. C.S. § 4904.

Dated:    **June 22, 2017**

Respectfully submitted,

Leonard Gryskewicz, Jr.
Pa Bar #: 321467

2

# Exhibit A

# (Suspension Letter dated June 9, 2017)

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF TRANSPORTATION
Bureau of Driver Licensing
Mail Date: JUNE 09, 2017

CHRISTOPHER B SKRYPSKI               WID #  17153674660861200 001
198 OVERLOOK RD                      PROCESSING DATE  06/02/2017
                                     DRIVER LICENSE #  23225062
NESCOPECK PA  18635                  DATE OF BIRTH  01/16/1974

Dear MR. SKRYPSKI:

This is an **Official Notice of the Suspension** of your Driving
Privilege as authorized by Section 1547B1I of the
Pennsylvania Vehicle Code.  As a result of your violation
of Section 1547 of the Vehicle Code, CHEMICAL TEST REFUSAL,
on 05/20/2017:

■    Your driving privilege is **SUSPENDED for a period of 1
     YEAR(S) effective 07/14/2017 at 12:01 a.m.**

COMPLYING WITH THIS SUSPENSION
You must return all current Pennsylvania driver's licenses,
learner's permits, temporary driver's licenses (camera
cards) in your possession on or before 07/14/2017.  You may
surrender these items before, 07/14/2017, for earlier
credit; however, you may not drive after these items are
surrendered.

**YOU MAY NOT RETAIN YOUR DRIVER'S LICENSE FOR IDENTIFICATION
PURPOSES.**  However, you may apply for and obtain a photo
identification card at any Driver License Center.  You must
present two (2) forms of proper identification (e.g., birth
certificate, valid U.S.  passport, marriage certificate,
etc.) in order to obtain your photo identification card.
For additional information relating to fees, visit
www.dmv.pa.gov.

**You will not receive credit toward serving any suspension
until we receive your license(s).**  Complete the following
steps to acknowledge this suspension.

1.   Return all current Pennsylvania driver's licenses,
     learner's permits and/or camera cards to PennDOT.  If
     you do not have any of these items, send a sworn nota-
     rized letter stating you are aware of the suspension of
     your driving privilege.  You must specify in your letter
     why you are unable to return your driver's license.
     Remember:  You may not retain your driver's license for
     identification purposes.  Please send these items to:

171536746608612

Pennsylvania Department of Transportation
Bureau of Driver Licensing
P.O. Box 68693
Harrisburg, PA 17106-8693

2.   Upon receipt, review and acceptance of your Pennsylvania driver's license(s), learner's permit(s), and/or a sworn notarized letter, **PennDOT will send you a receipt confirming the date that credit began. If you do not receive a receipt from us within three (3) weeks, please contact our office.   Otherwise, you will not be given credit toward serving this suspension.**   PennDOT phone numbers are listed at the end of this letter.

3.   If you do not return all current driver license products, we must refer this matter to the Pennsylvania State Police for prosecution under SECTION 1571(a)(4) of the Pennsylvania Vehicle Code.

PAYING THE RESTORATION FEE

You must pay a restoration fee to PennDOT to be restored from a suspension/revocation of your driving privilege.   To pay the applicable restoration fee, payment can be made at anytime online at www.dmv.pa.gov or mailed to the address listed below.   Please include your driver number on your check, money order or correspondence.

Pennsylvania Department of Transportation
Bureau of Driver Licensing
P.O. Box 68693
Harrisburg, PA 17106-8693

The Restoration Fee is based on the Consumer Price Index and subject to change.   For the current restoration fee amount due, please visit PennDOT's website at www.dmv.pa.gov to obtain a copy of your restoration requirements letter.   If you do not have internet access, please call PennDOT's Customer Care Center at 1-800-932-4600 to request a copy of your restoration requirements letter.

Please note:   Paying the restoration fee **DOES NOT** satisfy the requirement to acknowledge your suspension/revocation. If you have not acknowledged your suspension/revocation, please follow the instructions listed under "Complying with this Suspension/Revocation".

171536746608612

APPEAL
You have the right to appeal this action to the Court of
Common Pleas (Civil Division) within 30 days of the mail
date, JUNE 09, 2017, of this letter. If you file an appeal
in the County Court, the Court will give you a time-stamped
certified copy of the appeal. In order for your appeal to
be valid, you must send this time-stamped certified copy of
the appeal by certified mail to:
        Pennsylvania Department of Transportation
        Office of Chief Counsel
        1101 South Front Street
        Third Floor, Riverfront Office Center
        Harrisburg, PA  17104-2516

Remember, this is an **OFFICIAL NOTICE OF SUSPENSION**.  You
must return all current Pennsylvania driver license products
to PennDOT by 07/14/2017.


                                  Sincerely,


                                  Kara N. Templeton, Director
                                  Bureau of Driver Licensing


          INFORMATION 8:00 a.m. to 6:00 p.m.
IN STATE            1-800-932-4600  TDD IN STATE       1-800-228-0676
OUT-OF-STATE          717-412-5300  TDD OUT-OF-STATE     717-412-5380
WEB SITE ADDRESS      www.dmv.pa.gov

**IN THE COURT OF COMMON PLEAS OF LUZERNE COUNTY**
**COMMONWEALTH OF PENNSYLVANIA**

**CIVIL**

**CHRISTOPHER B. SKRYPSKI**

**vs.**

**COMMONWEALTH OF PENNSYLVANIA,**
**DEPARTMENT OF TRANSPORTATION,**
**BUREAU OF DRIVER LICENSING**

**No.** _2017_ **CV** _07608_

**ORDER**

**AND NOW,** this _____ day of _____, 2017, after hearing and upon consideration of any briefs submitted by the parties, Petitioner's Appeal is sustained; the suspension that served as the basis for this appeal shall be rescinded.

**BY THE COURT:**

_____
**HON.**

cc:     Prothonotary
        Court Administration
        PennDOT
        Petitioner
        David V. Lampman, II

# Supreme Court of Pennsylvania
## Court of Common Pleas
## Civil Cover Sheet
_____Luzerne_____ **County**

| *For Prothonotary Use Only:* |  |
|---|---|
| Docket No: 2017-07608 | |

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

**SECTION A**

**Commencement of Action:**
☐ Complaint  ☐ Writ of Summons  ☒ Petition
☐ Transfer from Another Jurisdiction  ☐ Declaration of Taking

| Lead Plaintiff's Name: Christopher B. Skrypski | Lead Defendant's Name: Pennsylvania Department of Transportation |
|---|---|
| **Are money damages requested?** ☐ Yes  ☒ No | Dollar Amount Requested: (check one)  ☐ within arbitration limits  ☒ outside arbitration limits |
| Is this a *Class Action Suit*?  ☐ Yes  ☒ No | Is this an *MDJ Appeal*?  ☐ Yes  ☒ No |

Name of Plaintiff/Appellant's Attorney: Leonard Gryskewicz, Jr.

☐ **Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)**

**SECTION B**

**Nature of the Case:**  Place an "X" to the left of the **ONE** case category that most accurately describes your *PRIMARY CASE*. If you are making more than one type of claim, check the one that you consider most important.

**TORT** *(do not include Mass Tort)*
☐ Intentional
☐ Malicious Prosecution
☐ Motor Vehicle
☐ Nuisance
☐ Premises Liability
☐ Product Liability *(does not include mass tort)*
☐ Slander/Libel/ Defamation
☐ Other: _____

**MASS TORT**
☐ Asbestos
☐ Tobacco
☐ Toxic Tort - DES
☐ Toxic Tort - Implant
☐ Toxic Waste
☐ Other: _____

**PROFESSIONAL LIABLITY**
☐ Dental
☐ Legal
☐ Medical
☐ Other Professional: _____

**CONTRACT** *(do not include Judgments)*
☐ Buyer Plaintiff
☐ Debt Collection: Credit Card
☐ Debt Collection: Other
_____
_____
☐ Employment Dispute: Discrimination
☐ Employment Dispute: Other
_____
_____
☐ Other: _____
_____
_____

**REAL PROPERTY**
☐ Ejectment
☐ Eminent Domain/Condemnation
☐ Ground Rent
☐ Landlord/Tenant Dispute
☐ Mortgage Foreclosure: Residential
☐ Mortgage Foreclosure: Commercial
☐ Partition
☐ Quiet Title
☐ Other: _____
_____

**CIVIL APPEALS**
Administrative Agencies
☐ Board of Assessment
☐ Board of Elections
☒ Dept. of Transportation
☐ Statutory Appeal: Other
_____
_____
☐ Zoning Board
☐ Other: _____
_____
_____

2017 JUN 23 AM 9: 04 FILED PROTHONOTARY LUZERNE COUNTY

**MISCELLANEOUS**
☐ Common Law/Statutory Arbitration
☐ Declaratory Judgment
☐ Mandamus
☐ Non-Domestic Relations Restraining Order
☐ Quo Warranto
☐ Replevin
☐ Other: _____
_____
_____

*Updated 1/1/2011*

# NOTICE

**Pennsylvania Rule of Civil Procedure 205.5. (Cover Sheet) provides, in part:**

**Rule 205.5.    Cover Sheet**

(a)(1)   This rule shall apply to all actions governed by the rules of civil procedure except the following:

        (i)      actions pursuant to the Protection from Abuse Act, Rules 1901 et seq.

        (ii)     actions for support, Rules 1910.1 et seq.

        (iii)    actions for custody, partial custody and visitation of minor children, Rules 1915.1 et seq.

        (iv)    actions for divorce or annulment of marriage, Rules 1920.1 et seq.

        (v)     actions in domestic relations generally, including paternity actions, Rules 1930.1 et seq.

        (vi)    voluntary mediation in custody actions, Rules 1940.1 et seq.

(2)   At the commencement of any action, the party initiating the action shall complete the cover sheet set forth in subdivision (e) and file it with the prothonotary.

(b)   The prothonotary shall not accept a filing commencing an action without a completed cover sheet.

(c)   The prothonotary shall assist a party appearing pro se in the completion of the form.

(d)   A judicial district which has implemented an electronic filing system pursuant to Rule 205.4 and has promulgated those procedures pursuant to Rule 239.9 shall be exempt from the provisions of this rule.

(e)   The Court Administrator of Pennsylvania, in conjunction with the Civil Procedural Rules Committee, shall design and publish the cover sheet.  The latest version of the form shall be published on the website of the Administrative Office of Pennsylvania Courts at www.pacourts.us.