# EXHIBIT 16

## MISCELLANEOUS COURT

### In Common Pleas of Luzerne County
### CIVIL DIVSION

Christopher P. SKRYPSKI

Plaintiff

VS.

Comm of Pl Dept Transp

Defendant

No. 7608 Term, 20 17

Type of Hearing M.V. Suspension Appeal

Tried before Hon. Judge Gartley

On 25 day of September 20 17

Atty. For Plaintiff L. Gryskewicz

Atty. for Defendant J. Watters

## DISPOSITION

- PENNDOT Motion for Continuance Granted

- Continue to October 10, 2017 9:30 Am Miscellaneous Court

- Petitioner Objected

- Court will prepare an Order

(9)

CLERK                                    STENOGRAPHER

FILED
PROTHONOTARY
LUZERNE COUNTY
2017 SEP 25 PM 1:56

WHITE – ORIGINAL          YELLOW – JUDGE          PINK – COURT ADMINISTRATOR

## MISCELLANEOUS   COURT

### In Common Pleas of Luzerne County
### CIVIL DIVSION

Christopher B. SKRYPSKI

_Plaintiff_

VS.

Com of PA
Dipt Trasp,

_Defendant_

No. 7608 Term, 20 17

Type of Hearing M V Suspension Appeal

Tried before Hon. Jeff Gartley

On 10 day of October 20 17

Atty. For Plaintiff L. GRYSKEWICZ

Atty. for Defendant T. Watters

### DISPOSITION

- By joint motion, continued to October 30, 2017

- Court will prepare an Order

FILED
PROTHONOTARY
LUZERNE COUNTY
2017 OCT 10 PM 12:27

CLERK

STENOGRAPHER

## MISCELLANEOUS  COURT

### In Common Pleas of Luzerne County
### CIVIL DIVSION

Christopher R.
SKRYPSKI
_Plaintiff_

VS.

Com of PL
Dept Transp.
_Defendant_

No. 7608 Term, 20 17

Type of Hearing M.V. Suspension Appeal

Tried before Hon. Judge Gill

On 30 day of October 20 17

Atty. For Plaintiff L Gryskewicz

Atty. for Defendant T Wallace
Bob Kopacz

### DISPOSITION

— agreement

— Withdraw Appeal

— Dfu to May 1, 2018

— Attorney Kopacz will prepare a Proposed Order

2017 OCT 30 PM 12: 13
PROTHONOTARY
LUZERNE COUNTY

CLERK                                           STENOGRAPHER

WHITE – ORIGINAL          YELLOW – JUDGE          PINK – COURT ADMINISTRATOR