**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-00306-KAS

DINESH KALERA, Individually and on
Behalf of All Other Similarly Situated,

      Plaintiff,

              v.

MODIVCARE, INC., L. HEATH SAMPSON,
KENNETH SHEPARD, and BARBARA K.
GUTIERREZ,

      Defendants.

---

**SUPPLEMENTAL DECLARATION OF CHRISTOPHER SKRYPSKI IN FURTHER
SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**

---

I, Christopher Skrypski, hereby declare as follows:

1.      I am submitting this declaration in further support of my motion for lead plaintiff. I understand that one other shareholder has opposed my motion. My hope is that the information contained in this declaration will adequately respond to the argument raised by this other shareholder and assure the Court of my ability to serve as the lead plaintiff in this lawsuit.

2.      I chose to invest in ModivCare during the Class Period based on public information and my extensive familiarity with the healthcare services business as someone who has worked in the industry for approximately 25 years. I also researched ModivCare before investing by, among other things, reading news about ModivCare from its website, quarterly earnings reports, press releases, and analyst reports. I did not receive or rely on any non-public material information concerning ModivCare when buying or selling my ModivCare stock.

3.      At no point in time did I ever receive any non-public material information from or concerning ModivCare. I understand Mia Haney was ModivCare's Chief Operating Officer from 2022 to 2023. This was approximately six years after I worked with her at a CareGivers America (which later became part of ModivCare through a series of acquisitions or mergers). Even while working together at CareGivers America, my interaction with Ms. Haney was minimal; we met approximately once every year at a general meeting but otherwise did not work together on a regular basis. I have not had any contact with Ms. Haney since I left CareGivers in 2016. Consequently, I have not received any material non-public information about ModivCare from Ms. Haney at any point concerning my investment in ModivCare.

4.      Through my company, Compass Home Health & Rehab, I also employed Lisa Bolton, Kristin Nicholson, Scott Marek, Amanda Stark, and my wife, Meghan Skrypski. These individuals also formerly worked at CareGivers America. These individuals have never provided me with any material non-public information regarding ModivCare and, to the best of my

knowledge, they never worked at ModivCare and do not have any material non-public information regarding ModivCare.

5.      On May 20, 2017, I was pulled over for speeding and improperly changing lanes. I later refused to take a chemical test (*i.e.*, a breath test). On June 9, 2017, the Pennsylvania Department of Transportation notified me that my license would be suspended for a period of one year in response to my refusal to take the chemical test. On July 25, 2017, the Pennsylvania State Police initiated a complaint against me in connection with the May 20, 2017 traffic stop. All charges against me from this traffic stop were disposed and expunged, as confirmed by the order attached hereto as Exhibit A. Aside from 30-day license suspension, no further action was taken against me relating to the May 20, 2017 traffic stop.

6.      My May 20, 2017 traffic stop will not interfere with my ability to oversee this case as the lead plaintiff. I intend to supervise the litigation and my attorneys dutifully and without distraction. I will do my best to represent the interests of the shareholder class throughout the life of the case by, among other things, ensuring that this action is litigated to the fullest extent of the law and results in the largest recovery possible for the benefit of myself and the other ModivCare shareholders whom I will represent.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of May 2025.

*Christopher Skrypski*

Signature

Christopher Skrypski

Name

3