# EXHIBIT A

## IN THE COURT OF COMMON PLEAS OF LUZERNE COUNTY
### COMMONWEALTH OF PENNSYLVANIA

### CRIMINAL

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | |
| vs. | CP-40-CR-0003060-2017 |
| CHRISTOPHER BRIAN SKRYPSKI | |

### ORDER

AND NOW, this 17 day of June , 2019 after consideration of the **Petition for Expungement Pursuant to Pa.R.Crim.P. 790** presented by **Attorney David Lampman**, it is ORDERED that the Petition/Motion is **GRANTED**.

☐   The criminal charges in the above-captioned case specified below are dismissed.

☐   The defendant's arrest record regarding these charges shall be expunged.  Further, it is ORDERED that the arresting agency shall destroy all criminal records, fingerprints, photographic plates and photographs pertaining to the charge(s) specified below, which resulted from the Criminal Complaint filed July 25, 2017, **X 100182-5, MJ-11302-CR-0000251-2017**. In addition, all criminal justice agencies upon which this order is served shall expunge and destroy the official and unofficial arrest and other criminal records, files and other documents pertaining to the captioned proceedings.

The information required under Pa.R.Crim.P. 790 appears on the attached page(s) which is hereby incorporated into this ORDER by reference.

BY THE COURT: CLERK OF COURTS CRIMINAL
LUZ CNTY JUN17'19PM3:13

J.

CC:

Magisterial District Court 11-3-02: 15 E. Ridge Street, Nanticoke, PA 18634
Luzerne County District Attorney's Office: 200 N. River Street, Wilkes-Barre, PA 18701
Luzerne County Adult Probation: 20 N. Penn Ave., Wilkes-Barre, PA 18701
Luzerne County Clerk of Courts: 200 N. River Street, Wilkes-Barre, PA 18701
PSP Gibson: 2856 State Rte. 848, New Milford, PA 18834
AOPC, 601 Commonwealth Avenue, P.O. Box 61260, Suite 1500, Harrisburg, PA 17106
FBI Criminal Justice Info. Services Division, 1000 Custer Hollow Road, Clarksburg, WV 26306
Pennsylvania State Police Central Repository: 1800 Elmerton Ave., Harrisburg, PA 17110
TRW Credit Bureau: 520 E. Main Street, Carnegie, PA 15110

Pursuant to Pa.R.Crim.P. 790, the following information is provided:

1. Petitioner Name: **Christopher Brian Skrypski**

2. Alias(es):

3. Petitioner's Address: **198 Overlook Road, Nescopeck, PA 18635**

4. Petitioner's Date of Birth:   xx/xx/xxxx

5. Petitioner's Social Security Number: xxx-xx-xxxx

6. Name and address of the judge of the Magisterial District or Philadelphia Municipal Court who accepted the guilty plea or heard the case:  **Hon. J. Hugh F. Mundy**
   **Penn Place Building**
   **20 North Pennsylvania Avenue**
   **Wilkes-Barre, PA 18711**

7. Name and mailing address of the affiant as shown on the complaint or citation, if available:     **Tpr. James S. Sohns, 2856 State Rte. 848, New Milford, PA 18834**

8. Magisterial District Court number: **11-3-02**

9. Magisterial Docket Number: **MJ-11302-CR-0000251-2017**
   Common Pleas Docket Number: **CP-40-CR-0003060-2017**
   OTN: **X 100182-5**

10. The date on the citation or complaint, or the date of arrest, and if available, the criminal justice agency that made the arrest: **May 20, 2017 (date of arrest), PSP Gibson**

11. The specific charges, as they appear on the charging document, to be expunged and applicable dispositions (attach additional sheets if needed):

| 75 | 3802 | A1* | DUI: Gen Imp/Inc of Driving Safely - 1st Off | 1 | M | ARD |
|----|------|-----|------------------------------------------------|---|---|------|
| 75 | 3361 |     | **Driving at Safe Speed** | 1 | S | **Disposed at Lower Court** |
| 75 | 3309 | 1   | **Disregard Traffic Lane (Single)** | 1 | S | **Disposed at Lower Court** |

12. If the sentence includes a fine, costs, or restitution, whether the amount due has been paid: **Yes**

13. The reason for expungement: **ARD, Disposed at Lower Court.**

14. The criminal justice agencies upon which certified copies of the order shall be served:

**Magisterial District Court 11-3-02:** 15 E. Ridge Street, Nanticoke, PA 18634
**Luzerne County District Attorney's Office:** 200 N. River Street, Wilkes-Barre, PA 18701
**Luzerne County Adult Probation:** 20 N. Penn Ave., Wilkes-Barre, PA 18701
**Luzerne County Clerk of Courts:** 200 N. River Street, Wilkes-Barre, PA 18701
**PSP Gibson:** 2856 State Rte. 848, New Milford, PA 18834
**AOPC,** 601 Commonwealth Avenue, P.O. Box 61260, Suite 1500, Harrisburg, PA 17106
**FBI Criminal Justice Info. Services Division,** 1000 Custer Hollow Road, Clarksburg, WV 26306
**Pennsylvania State Police Central Repository:** 1800 Elmerton Ave., Harrisburg, PA 17110
**TRW Credit Bureau:** 520 E. Main Street, Carnegie, PA 15110