**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-00306

DINESH KALERA, Individually and on
Behalf of All Other Similarly Situated,

                        Plaintiff,

v.

MODIVCARE, INC., L. HEATH
SAMPSON, KENNETH SHEPARD, and
BARBARA K. GUTIERREZ,

                        Defendants.

---

**DECLARATION OF PATRICE L. BISHOP IN SUPPORT OF IRVING FIREMEN'S
RELIEF AND RETIREMENT FUND REPLY IN SUPPORT OF MOTION FOR
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

---

I, Patrice L. Bishop, declare and say that:

1.      I am Of Counsel with the law firm of Abraham, Fruchter & Twersky, LLP ("AF&T"), a member of the State Bar of California, and admitted to practice before this Court. AF&T is counsel for lead plaintiff movant Irving Firemen's Relief and Retirement Fund ("IFRRF") and proposed lead counsel for the putative class of the above-captioned securities class action.  I submit this Declaration in support of the IFRRF's Reply in Support of Motion for Appointment of Lead Plaintiff and Approval of Lead Counsel.  I have personal knowledge of the matters stated herein and if called as a witness could and would competently testify thereto.

2.      Based on trading records provided by IFRRF to AF&T, IFRRF's ModivCare transactions prior to the Class Period resulted in it holding 1,072 shares of ModivCare common shares at the start of the Class Period. IFRRF's ModivCare transactions prior to the Class Period were as follows:

| TYPE | TRADE DATE | SHARES | PRICE |
|------|------------|--------|-------|
| Buy  | 10/27/2020 | 460    | 118.5837 |
| Sell | 2/22/2021  | (90)   | 157.3400 |
| Buy  | 03/03/2021 | 55     | 130.8827 |
| Buy  | 05/19/2021 | 51     | 148.3565 |
| Buy  | 06/10/2021 | 48     | 162.4725 |
| Buy  | 04/18/2022 | 63     | 114.3290 |
| Buy  | 05/25/2022 | 280    | 96.2234 |
| Buy  | 07/18/2022 | 90     | 89.4282 |
| Buy  | 08/12/2022 | 115    | 117.2477 |

3.      This trading information, combined with the information submitted at the time of IFRRF's Motion (*see* ECF Nos. 20-2 & 20-3), confirms that IFRRF was not a "net gainer" and incurred a substantial loss when it sold 2,122 shares on September 12, 2024, for $12.4226 per share.

4.    The above trading information can be confirmed by a review of the historical ModivCare stock prices as maintained on Yahoo! Finance.

5.    Attached hereto as Exhibit "17" is a true and correct copy of historical ModivCare stock prices, on a monthly basis, for the period from November 1, 2012, through May 5, 2025, as downloaded from Yahoo! Finance in Excel format and printed to .pdf format on May 5, 2025.

6.    Attached hereto as Exhibit "18" is a true and correct copy of historical ModivCare stock prices, on a daily basis, for the month of November 2012, as downloaded from Yahoo! Finance in Excel format and printed to .pdf format on May 5, 2025.  Exhibits 17 and 18 confirm that the last time prior to September 12, 2024, that ModivCare's stock traded for a price of less than $12.4226 per share was nearly ten years prior on November 28, 2012.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed this 5th day of May 2025, at Los Angeles, California.


*/s/ Patrice L. Bishop*
Patrice L. Bishop
Declarant

- 2 -