# EXHIBIT 17

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 11/01/2012 | 10.2400 | 14.0000 | 9.7100 | 13.9200 | 13.9200 | 1,308,400 |
| 12/01/2012 | 13.9200 | 16.9900 | 13.7400 | 16.9900 | 16.9900 | 1,297,100 |
| 01/01/2013 | 17.2200 | 19.6700 | 15.8600 | 18.5300 | 18.5300 | 2,131,800 |
| 02/01/2013 | 18.5000 | 18.8700 | 16.7800 | 17.0800 | 17.0800 | 1,123,700 |
| 03/01/2013 | 16.9500 | 20.0900 | 16.1400 | 18.4900 | 18.4900 | 1,301,900 |
| 04/01/2013 | 18.5000 | 18.7100 | 16.5800 | 17.5100 | 17.5100 | 1,042,600 |
| 05/01/2013 | 17.5200 | 26.5000 | 17.2000 | 26.3600 | 26.3600 | 2,313,500 |
| 06/01/2013 | 26.6500 | 29.5200 | 25.3000 | 29.0900 | 29.0900 | 4,133,400 |
| 07/01/2013 | 29.5600 | 31.3100 | 27.3000 | 27.5700 | 27.5700 | 2,318,900 |
| 08/01/2013 | 27.8200 | 31.0000 | 26.4100 | 26.8400 | 26.8400 | 1,817,900 |
| 09/01/2013 | 27.1100 | 29.0000 | 26.5000 | 28.6900 | 28.6900 | 1,443,400 |
| 10/01/2013 | 28.8100 | 30.5000 | 26.6700 | 29.8900 | 29.8900 | 1,490,000 |
| 11/01/2013 | 29.8300 | 30.3400 | 24.8100 | 27.4200 | 27.4200 | 1,899,100 |
| 12/01/2013 | 27.3400 | 27.9300 | 24.3400 | 25.7200 | 25.7200 | 1,460,600 |
| 01/01/2014 | 25.6000 | 27.0000 | 24.2500 | 26.3900 | 26.3900 | 1,353,800 |
| 02/01/2014 | 26.2500 | 27.5500 | 24.7700 | 26.5900 | 26.5900 | 930,600 |
| 03/01/2014 | 26.4100 | 29.0000 | 23.9100 | 28.2800 | 28.2800 | 2,262,400 |
| 04/01/2014 | 28.2200 | 43.3500 | 28.0700 | 40.6100 | 40.6100 | 5,379,300 |
| 05/01/2014 | 40.3800 | 41.2500 | 37.6600 | 40.2000 | 40.2000 | 2,104,500 |
| 06/01/2014 | 40.4100 | 40.4100 | 35.9900 | 36.5900 | 36.5900 | 1,360,000 |
| 07/01/2014 | 36.4900 | 41.1000 | 35.7000 | 39.6100 | 39.6100 | 2,646,800 |
| 08/01/2014 | 39.7200 | 47.9000 | 38.8800 | 45.5300 | 45.5300 | 5,296,000 |
| 09/01/2014 | 45.5500 | 49.4100 | 42.0400 | 48.3800 | 48.3800 | 3,613,600 |
| 10/01/2014 | 48.2200 | 48.7000 | 38.4900 | 44.1800 | 44.1800 | 4,619,800 |
| 11/01/2014 | 44.2000 | 45.8500 | 34.0300 | 39.1300 | 39.1300 | 3,028,300 |
| 12/01/2014 | 38.9900 | 40.1300 | 35.3000 | 36.4400 | 36.4400 | 3,269,700 |
| 01/01/2015 | 36.7300 | 40.1500 | 36.0300 | 39.0000 | 39.0000 | 2,309,900 |
| 02/01/2015 | 39.5200 | 46.7400 | 38.7500 | 46.0000 | 46.0000 | 1,895,800 |
| 03/01/2015 | 45.8000 | 53.6000 | 42.8600 | 53.1200 | 53.1200 | 3,925,300 |
| 04/01/2015 | 52.8900 | 55.9900 | 42.4700 | 42.5200 | 42.5200 | 2,880,700 |
| 05/01/2015 | 42.7800 | 51.8300 | 40.5200 | 48.0600 | 48.0600 | 2,622,600 |
| 06/01/2015 | 48.5300 | 53.7600 | 42.1200 | 44.2800 | 44.2800 | 2,808,500 |
| 07/01/2015 | 44.4800 | 47.8000 | 43.4600 | 47.0600 | 47.0600 | 1,744,700 |
| 08/01/2015 | 46.8700 | 53.4900 | 39.0800 | 44.8300 | 44.8300 | 2,023,700 |
| 09/01/2015 | 44.1500 | 48.5600 | 42.4000 | 43.5800 | 43.5800 | 1,822,700 |
| 10/01/2015 | 43.4000 | 53.5900 | 41.8000 | 51.6500 | 51.6500 | 2,359,800 |
| 11/01/2015 | 51.6100 | 56.9200 | 44.4800 | 48.4200 | 48.4200 | 2,223,100 |
| 12/01/2015 | 48.5900 | 50.0000 | 46.3700 | 46.9200 | 46.9200 | 1,791,900 |
| 01/01/2016 | 46.2000 | 48.7600 | 42.1000 | 44.4000 | 44.4000 | 2,263,600 |
| 02/01/2016 | 44.1800 | 48.3100 | 42.0300 | 47.5100 | 47.5100 | 1,710,200 |
| 03/01/2016 | 47.7800 | 55.2800 | 43.4900 | 51.0700 | 51.0700 | 3,654,400 |
| 04/01/2016 | 50.6700 | 52.3500 | 46.7900 | 49.8400 | 49.8400 | 1,857,700 |
| 05/01/2016 | 49.9300 | 53.3800 | 46.0600 | 47.5600 | 47.5600 | 1,936,400 |
| 06/01/2016 | 47.7900 | 49.1700 | 43.7700 | 44.8800 | 44.8800 | 1,910,000 |
| 07/01/2016 | 44.9800 | 49.5400 | 44.8600 | 48.3700 | 48.3700 | 1,349,400 |
| 08/01/2016 | 50.3000 | 50.3000 | 43.0100 | 47.1300 | 47.1300 | 2,082,700 |
| 09/01/2016 | 47.3200 | 48.8400 | 45.5600 | 48.6300 | 48.6300 | 1,866,300 |
| 10/01/2016 | 49.9700 | 49.9700 | 39.6100 | 40.4700 | 40.4700 | 1,920,600 |
| 11/01/2016 | 40.3400 | 41.2800 | 36.5100 | 36.7100 | 36.7100 | 2,158,700 |
| 12/01/2016 | 36.5900 | 39.0500 | 34.8900 | 38.0500 | 38.0500 | 2,993,500 |
| 01/01/2017 | 38.0600 | 39.7800 | 35.6500 | 38.6500 | 38.6500 | 1,441,600 |
| 02/01/2017 | 38.7000 | 42.5700 | 38.6100 | 40.6200 | 40.6200 | 1,278,900 |
| 03/01/2017 | 41.1000 | 47.2400 | 38.0400 | 44.4400 | 44.4400 | 2,169,400 |
| 04/01/2017 | 44.5900 | 45.0800 | 42.7600 | 44.0000 | 44.0000 | 1,086,500 |
| 05/01/2017 | 44.2900 | 48.4800 | 43.1900 | 46.7400 | 46.7400 | 1,500,300 |

| | | | | | |
|---|---|---|---|---|---|
| 06/01/2017 | 47.0000 | 51.0600 | 45.4900 | 50.6100 | 50.6100 | 2,122,900 |
| 07/01/2017 | 50.6700 | 53.5400 | 48.9300 | 51.5400 | 51.5400 | 1,057,500 |
| 08/01/2017 | 54.9900 | 54.9900 | 48.2500 | 51.8300 | 51.8300 | 1,204,600 |
| 09/01/2017 | 52.1800 | 54.9300 | 50.8200 | 54.0800 | 54.0800 | 1,089,500 |
| 10/01/2017 | 54.0900 | 57.6200 | 52.5800 | 55.6000 | 55.6000 | 714,400 |
| 11/01/2017 | 55.6100 | 60.9500 | 53.2000 | 60.5400 | 60.5400 | 1,218,200 |
| 12/01/2017 | 60.5500 | 60.9000 | 55.6900 | 59.3400 | 59.3400 | 2,101,200 |
| 01/01/2018 | 59.0000 | 66.1300 | 58.6000 | 64.3300 | 64.3300 | 1,600,400 |
| 02/01/2018 | 64.0900 | 66.6700 | 60.1100 | 63.5600 | 63.5600 | 1,155,900 |
| 03/01/2018 | 63.5500 | 74.4900 | 62.3300 | 69.1400 | 69.1400 | 2,184,600 |
| 04/01/2018 | 69.0900 | 79.3800 | 67.6400 | 75.8800 | 75.8800 | 1,337,300 |
| 05/01/2018 | 75.8000 | 77.7700 | 67.5800 | 72.0000 | 72.0000 | 1,847,700 |
| 06/01/2018 | 72.3300 | 79.5900 | 70.9400 | 78.5500 | 78.5500 | 2,479,100 |
| 07/01/2018 | 78.6900 | 83.9000 | 69.7500 | 70.0800 | 70.0800 | 1,779,000 |
| 08/01/2018 | 70.1500 | 74.5000 | 62.0000 | 67.1400 | 67.1400 | 1,579,900 |
| 09/01/2018 | 66.9200 | 69.2100 | 63.7600 | 67.2800 | 67.2800 | 1,171,500 |
| 10/01/2018 | 67.2700 | 71.3300 | 63.5500 | 66.0900 | 66.0900 | 1,746,600 |
| 11/01/2018 | 66.1600 | 75.6100 | 65.1000 | 70.8100 | 70.8100 | 1,289,700 |
| 12/01/2018 | 71.3900 | 71.7700 | 55.1700 | 60.0200 | 60.0200 | 1,541,500 |
| 01/01/2019 | 59.4800 | 66.1400 | 54.0200 | 64.1400 | 64.1400 | 1,180,000 |
| 02/01/2019 | 64.1400 | 74.7300 | 63.8500 | 71.3200 | 71.3200 | 1,055,400 |
| 03/01/2019 | 71.0000 | 71.3100 | 60.5300 | 66.6200 | 66.6200 | 1,770,600 |
| 04/01/2019 | 67.0500 | 67.5000 | 62.7100 | 66.3300 | 66.3300 | 1,210,600 |
| 05/01/2019 | 66.4200 | 68.4000 | 63.7300 | 64.6800 | 64.6800 | 1,192,000 |
| 06/01/2019 | 64.5900 | 67.2700 | 55.9600 | 57.3400 | 57.3400 | 1,151,800 |
| 07/01/2019 | 58.0200 | 58.8500 | 52.4500 | 55.7400 | 55.7400 | 1,425,900 |
| 08/01/2019 | 55.6400 | 61.4800 | 46.5300 | 56.2100 | 56.2100 | 1,574,600 |
| 09/01/2019 | 55.9100 | 62.3200 | 55.4200 | 59.4600 | 59.4600 | 1,243,200 |
| 10/01/2019 | 59.4800 | 65.6500 | 56.0300 | 63.8700 | 63.8700 | 1,348,200 |
| 11/01/2019 | 63.9400 | 71.9700 | 58.1300 | 59.6900 | 59.6900 | 2,052,500 |
| 12/01/2019 | 59.4800 | 61.1800 | 55.1300 | 59.1800 | 59.1800 | 1,455,500 |
| 01/01/2020 | 59.4400 | 67.5100 | 58.1800 | 64.8500 | 64.8500 | 1,647,300 |
| 02/01/2020 | 65.4100 | 71.7600 | 61.2700 | 61.7800 | 61.7800 | 1,955,900 |
| 03/01/2020 | 62.1000 | 64.8000 | 40.4000 | 54.8800 | 54.8800 | 2,407,000 |
| 04/01/2020 | 53.2700 | 63.6400 | 52.8400 | 58.0100 | 58.0100 | 1,291,700 |
| 05/01/2020 | 56.4900 | 82.4300 | 53.7000 | 80.5000 | 80.5000 | 1,943,300 |
| 06/01/2020 | 81.0200 | 81.9900 | 72.9800 | 78.9100 | 78.9100 | 2,123,700 |
| 07/01/2020 | 78.9600 | 83.9900 | 75.0700 | 81.0100 | 81.0100 | 1,318,900 |
| 08/01/2020 | 81.6200 | 99.0700 | 80.5000 | 92.5900 | 92.5900 | 2,063,400 |
| 09/01/2020 | 93.0400 | 93.6700 | 84.3200 | 92.9100 | 92.9100 | 1,723,200 |
| 10/01/2020 | 93.9200 | 120.4500 | 91.4400 | 117.5500 | 117.5500 | 2,394,200 |
| 11/01/2020 | 117.9300 | 138.6800 | 117.9300 | 135.7900 | 135.7900 | 1,863,300 |
| 12/01/2020 | 136.2500 | 147.3200 | 128.5500 | 138.6300 | 138.6300 | 2,249,500 |
| 01/01/2021 | 139.0400 | 171.2500 | 138.3500 | 158.5700 | 158.5700 | 1,628,600 |
| 02/01/2021 | 159.7100 | 184.7100 | 126.8700 | 128.2600 | 128.2600 | 1,572,500 |
| 03/01/2021 | 129.3700 | 163.9300 | 121.0000 | 148.1200 | 148.1200 | 2,501,700 |
| 04/01/2021 | 148.3600 | 152.3600 | 132.0000 | 140.0800 | 140.0800 | 1,546,400 |
| 05/01/2021 | 139.8500 | 155.6800 | 135.0700 | 147.2300 | 147.2300 | 1,204,500 |
| 06/01/2021 | 147.7300 | 178.6000 | 143.4600 | 170.0700 | 170.0700 | 1,783,000 |
| 07/01/2021 | 171.0800 | 174.3500 | 160.3900 | 170.0000 | 170.0000 | 897,500 |
| 08/01/2021 | 171.0900 | 198.1200 | 170.5200 | 197.2600 | 197.2600 | 1,057,600 |
| 09/01/2021 | 198.6500 | 211.9400 | 167.5500 | 181.6200 | 181.6200 | 1,642,900 |
| 10/01/2021 | 182.1100 | 189.4100 | 158.6000 | 162.7700 | 162.7700 | 1,318,000 |
| 11/01/2021 | 162.8400 | 176.7700 | 135.6500 | 137.0300 | 137.0300 | 1,353,100 |
| 12/01/2021 | 139.5800 | 154.3100 | 133.2100 | 148.2900 | 148.2900 | 1,577,600 |
| 01/01/2022 | 148.2000 | 148.4600 | 108.1000 | 115.9300 | 115.9300 | 1,845,700 |

| 02/01/2022 | 116.3800 | 120.2500 | 94.3800 | 118.0000 | 118.0000 | 2,225,400 |
|---|---|---|---|---|---|---|
| 03/01/2022 | 117.1200 | 120.2300 | 105.0100 | 115.3900 | 115.3900 | 1,533,900 |
| 04/01/2022 | 115.6300 | 121.3000 | 102.2400 | 103.9700 | 103.9700 | 1,177,300 |
| 05/01/2022 | 103.5600 | 109.2000 | 93.0800 | 95.4300 | 95.4300 | 1,893,100 |
| 06/01/2022 | 95.9000 | 101.4500 | 80.5500 | 84.5000 | 84.5000 | 1,909,300 |
| 07/01/2022 | 83.8200 | 101.1400 | 82.4800 | 99.8000 | 99.8000 | 1,279,400 |
| 08/01/2022 | 99.2400 | 121.5400 | 98.8200 | 108.3200 | 108.3200 | 1,888,500 |
| 09/01/2022 | 107.2100 | 115.3000 | 93.8600 | 99.6800 | 99.6800 | 1,346,800 |
| 10/01/2022 | 100.8600 | 108.8200 | 86.4300 | 97.2400 | 97.2400 | 1,557,500 |
| 11/01/2022 | 97.9900 | 98.8300 | 75.0000 | 77.0000 | 77.0000 | 1,651,100 |
| 12/01/2022 | 77.9700 | 95.0700 | 73.0600 | 89.7300 | 89.7300 | 2,264,800 |
| 01/01/2023 | 90.3400 | 113.5300 | 87.6400 | 107.2600 | 107.2600 | 1,580,300 |
| 02/01/2023 | 107.3200 | 112.2500 | 93.1600 | 98.1900 | 98.1900 | 2,189,600 |
| 03/01/2023 | 98.4500 | 99.7500 | 77.8900 | 84.0800 | 84.0800 | 2,627,200 |
| 04/01/2023 | 84.2800 | 86.5500 | 62.7200 | 63.6000 | 63.6000 | 1,852,900 |
| 05/01/2023 | 65.0100 | 70.2500 | 43.3200 | 44.9300 | 44.9300 | 3,823,500 |
| 06/01/2023 | 44.9300 | 51.6900 | 44.0800 | 45.2100 | 45.2100 | 2,559,600 |
| 07/01/2023 | 45.3300 | 54.6400 | 42.6300 | 43.7400 | 43.7400 | 1,980,000 |
| 08/01/2023 | 42.6400 | 43.1700 | 32.0100 | 32.1000 | 32.1000 | 6,203,200 |
| 09/01/2023 | 32.2000 | 37.7200 | 26.2000 | 31.5100 | 31.5100 | 6,646,700 |
| 10/01/2023 | 31.5100 | 43.5400 | 26.0500 | 42.2400 | 42.2400 | 4,867,500 |
| 11/01/2023 | 42.2400 | 50.2100 | 36.0700 | 37.7600 | 37.7600 | 3,449,900 |
| 12/01/2023 | 37.8000 | 45.8100 | 37.5600 | 43.9900 | 43.9900 | 2,424,000 |
| 01/01/2024 | 43.8800 | 45.9900 | 37.6700 | 39.7700 | 39.7700 | 2,649,700 |
| 02/01/2024 | 39.9400 | 52.3300 | 24.0000 | 28.0400 | 28.0400 | 5,983,400 |
| 03/01/2024 | 28.9400 | 33.6400 | 22.2700 | 23.4500 | 23.4500 | 4,542,900 |
| 04/01/2024 | 23.5600 | 24.9700 | 19.6400 | 23.4700 | 23.4700 | 7,691,000 |
| 05/01/2024 | 23.4700 | 29.0500 | 21.9200 | 27.3200 | 27.3200 | 4,996,600 |
| 06/01/2024 | 27.2500 | 28.9200 | 24.3500 | 26.2400 | 26.2400 | 2,776,600 |
| 07/01/2024 | 26.3700 | 28.5000 | 22.5000 | 22.8200 | 22.8200 | 2,336,000 |
| 08/01/2024 | 22.9900 | 29.0800 | 18.4400 | 28.8600 | 28.8600 | 3,196,800 |
| 09/01/2024 | 28.3600 | 32.8200 | 11.0000 | 14.2800 | 14.2800 | 13,140,600 |
| 10/01/2024 | 14.2800 | 19.1300 | 13.7700 | 16.1700 | 16.1700 | 6,887,600 |
| 11/01/2024 | 16.2500 | 18.8400 | 15.3100 | 18.7900 | 18.7900 | 4,256,100 |
| 12/01/2024 | 18.7800 | 19.0700 | 10.2000 | 11.8400 | 11.8400 | 4,961,800 |
| 01/01/2025 | 11.9200 | 12.7600 | 3.8300 | 4.0000 | 4.0000 | 16,242,600 |
| 02/01/2025 | 3.8700 | 6.2400 | 3.2200 | 3.3000 | 3.3000 | 10,481,300 |
| 03/01/2025 | 3.3000 | 4.4700 | 1.3100 | 1.3200 | 1.3200 | 11,172,100 |
| 04/01/2025 | 1.2900 | 1.6500 | 0.9600 | 1.1900 | 1.1900 | 10,719,500 |
| 05/01/2025 | 1.1700 | 1.5300 | 1.1500 | 1.4600 | 1.4600 | 1,000,000 |
| 05/05/2025 | 1.4000 | 1.5400 | 1.2950 | 1.4550 | 1.4550 | 291,356 |