# EXHIBIT 18

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 11/01/2012 | 10.2400 | 10.4300 | 10.0000 | 10.3100 | 10.3100 | 25,400 |
| 11/02/2012 | 10.3100 | 10.5300 | 10.0000 | 10.0400 | 10.0400 | 77,900 |
| 11/05/2012 | 10.0100 | 10.2000 | 9.7100 | 10.1100 | 10.1100 | 17,400 |
| 11/06/2012 | 10.1500 | 10.1900 | 9.8400 | 10.0300 | 10.0300 | 8,500 |
| 11/07/2012 | 9.9000 | 10.4400 | 9.8400 | 9.9200 | 9.9200 | 42,200 |
| 11/08/2012 | 11.7800 | 11.9000 | 11.2600 | 11.6700 | 11.6700 | 142,500 |
| 11/09/2012 | 11.6500 | 12.2200 | 11.6200 | 12.0200 | 12.0200 | 90,400 |
| 11/12/2012 | 12.0200 | 12.8100 | 12.0200 | 12.3400 | 12.3400 | 40,500 |
| 11/13/2012 | 12.7900 | 12.7900 | 12.2800 | 12.3900 | 12.3900 | 60,600 |
| 11/14/2012 | 12.2500 | 12.2500 | 11.6300 | 11.6600 | 11.6600 | 57,400 |
| 11/15/2012 | 11.6500 | 11.8000 | 11.4300 | 11.6600 | 11.6600 | 54,200 |
| 11/16/2012 | 11.6200 | 12.2300 | 11.5500 | 12.1200 | 12.1200 | 29,000 |
| 11/19/2012 | 12.1800 | 12.6000 | 11.1500 | 11.8500 | 11.8500 | 144,200 |
| 11/20/2012 | 11.7900 | 12.3800 | 11.7500 | 12.2900 | 12.2900 | 81,600 |
| 11/21/2012 | 12.3200 | 12.6700 | 12.2500 | 12.5900 | 12.5900 | 32,100 |
| 11/23/2012 | 12.6500 | 12.7600 | 12.2200 | 12.5900 | 12.5900 | 33,200 |
| 11/26/2012 | 12.5900 | 12.8600 | 12.4600 | 12.8100 | 12.8100 | 147,600 |
| 11/27/2012 | 12.8000 | 13.2500 | 12.8000 | 13.1200 | 13.1200 | 47,400 |
| 11/28/2012 | 13.1000 | 13.4400 | 12.0500 | 13.2000 | 13.2000 | 50,800 |
| 11/29/2012 | 13.2000 | 13.8400 | 13.1800 | 13.7500 | 13.7500 | 78,600 |
| 11/30/2012 | 13.8100 | 14.0000 | 13.6600 | 13.9200 | 13.9200 | 46,900 |