**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-00306-KAS

DINESH KALERA,
Individually and on Behalf of all Others
Similarly Situated,

*Plaintiff*,

v.

MODIVCARE, INC., L. HEATH
SAMPSON, KENNETH SHEPARD, and
BARBARA K. GUTIERREZ

*Defendants*.

---

**NOTICE OF SUGGESTION OF BANKRUPTCY**

---

The undersigned files this suggestion of bankruptcy and advises the Court:

**PLEASE TAKE NOTICE** that, on August 20, 2025, Modivcare Inc. and its debtor affiliates (collectively, the "***Debtors***")[1] each commenced a case under chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "***Bankruptcy Code***"), by filing voluntary petitions in United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "***Bankruptcy Court***").  The Chapter 11 Cases are being jointly administered under the lead case styled:  *In re ModivCare Inc., et al.*, Case No. 2590309 (ARP).

---

[1] A complete list of each of the Debtors in the chapter 11 cases (the "***Chapter 11 Cases***") and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/ModivCare. Debtor Modivcare Inc.'s principal place of business and the Debtors' service address in the Chapter 11 Cases is 6900 E. Layton Avenue, Suite 1100 & 1200, Denver, Colorado 80237.

**PLEASE TAKE FURTHER NOTICE** that the automatic stay imposed by Bankruptcy Code section 362 immediately went into effect upon the commencement of the Chapter 11 Cases. Bankruptcy Code section 362 operates as a stay, applicable to all persons and entities, of: (i) the commencement or continuance, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the Debtors that was or could have been commenced before the commencement of the Chapter 11 Cases, (ii) the enforcement, against the Debtors or against the property of the Debtors' estate, of a judgment obtained before the commencement of the Chapter 11 Cases, (iii) any act to obtain possession of property of or from the Debtors' estate or to exercise control over property of the Debtors' estate, (iv) any act to create, perfect, or enforce a lien against property of the Debtors' estate not otherwise allowed by the Bankruptcy Code, (v) any act to create, perfect, or enforce against property of the estate any lien to the extent that such lien secures a claim that arose before the commencement of the Chapter 11 Cases, and (vi) any act to collect, assess, or recover a claim against the Debtors that arose before the commencement of the Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE** that copies of the voluntary petitions and any documents filed in the Chapter 11 Cases are available (i) free of charge on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/Modivcare and (ii) on the Bankruptcy Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that the Debtors' bankruptcy counsel is:

| | |
|---|---|
| **HUNTON ANDREWS KURTH LLP** | **LATHAM & WATKINS LLP** |
| Timothy A. ("Tad") Davidson II | Ray C. Schrock |
| Catherine A. Rankin | Keith A. Simon |
| Brandon Bell | George Klidonas |
| 600 Travis Street, Suite 4200 | Jonathan J. Weichselbaum |
| Houston, TX 77002 | 1271 Avenue of the Americas |
| Telephone:  (713) 220-4200 | New York, NY 10020 |
| Email:  taddavidson@hunton.com | Telephone:  (212) 906-1200 |
|       catherinerankin@hunton.com | Email: ray.schrock@lw.com |
|       bbell@hunton.com |       keith.simon@lw.com |
| |       george.klidonas@lw.com |

Dated: September 4, 2025

GIBSON, DUNN & CRUTCHER, LLP

*s/ Monica K. Loseman*
Monica K. Loseman
Allison K. Kostecka
Lydia Lulkin
1900 Lawrence Street, Suite 3000
Denver, CO  80202-2211
Telephone:  303.298.5700
Fax:  303.298.5907
Email:  mloseman@gibsondunn.com
Email:  akostecka@gibsondunn.com
Email:  llulkin@gibsondunn.com

GIBSON, DUNN & CRUTCHER
Brian M. Lutz
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone:  415.393.8200
Fax:  415.374.8474
Email:  blutz@gibsondunn.com
Attorneys for Defendants Modivcare, Inc., L.
Heath Sampson, Kenneth Shepard, and
Barbara K. Gutierrez.

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2025, a true and correct copy of the foregoing **NOTICE OF SUGGESTION OF BANKRUPTCY** was served via the CM/ECF to counsel of record.

*s/ Monica K. Loseman*
Monica K. Loseman

4