# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00306-GPG-KAS

DINESH KALERA, Individually and on
Behalf of All Other Similarly Situated,

     Plaintiff,

 v.

MODIVCARE, INC., L. HEATH SAMPSON,
KENNETH SHEPARD, and BARBARA K.
GUTIERREZ,

     Defendants.

---

## JOINT MOTION FOR ENTRY OF PROPOSED SCHEDULE FOR FILING AMENDED COMPLAINT AND DEFENDANTS' RESPONSE (ECF NO. 13)

---

Lead Plaintiff Christopher Skrypski ("Lead Plaintiff") and Defendants L. Heath Sampson, Kenneth Shepard, and Barbara K. Gutierrez (collectively, the "Individual Defendants" and, together with Lead Plaintiff, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

**WHEREAS**, the Court's Minute Order of February 19, 2025 required the Parties to meet and confer regarding a schedule for the filing of an amended complaint and the filing of an answer or motion to dismiss in response to that complaint, and submit a proposed schedule to the Court within fourteen (14) days of appointment of a Lead Plaintiff (ECF No. 13);

1

**WHEREAS**, the Court's order of October 27, 2025 appointed Christopher Skrypski as Lead Plaintiff in this action (ECF No. 48);

**WHEREAS**, the Parties have conferred and agreed to the following schedule set forth below for the Lead Plaintiff's filing of an amended complaint and the briefing on Individual Defendants' response thereto ;

WHEREAS, subject to the Court's approval, the Parties propose the following schedule:

1. Lead Plaintiff shall file an amended complaint on or before January 9, 2026;

2. The Individual Defendants shall answer, move to dismiss, or otherwise respond to the amended complaint on or before March 10, 2026;

3. Lead Plaintiff shall file papers in opposition to any motion to dismiss or other response to the amended complaint, if any, on or before May 12, 2026;

4. The Individual Defendants shall file any reply in support of a motion to dismiss on or before June 11, 2026; and

5. The Individual Defendants shall have no obligation to respond to the initial complaint (ECF No. 1), and shall answer, move or otherwise respond to the amended complaint as set forth above.

Nothing in the Parties' agreement shall be deemed to constitute a waiver of any rights, objections, or defenses that any Party may have with respect to this action or to claims asserted in any complaint in this action, and is without prejudice to any other or further application by any Party to this Court or any other court.

2

Respectfully submitted,

Dated: November 10, 2025

LEVI & KORSINSKY, LLP

*/s/ Gregory M. Potrepka*
Shannon L. Hopkins
Gregory M. Potrepka
Morgan M. Embleton
1111 Summer Street, Suite 403
Stamford, CT  06905
Tel: (203) 992-4523
Email: shopkins@zlk.com
Email: gpotrepka@zlk.com
Email: membleton@zlk.com

*Lead Counsel for Lead Plaintiff and the Class*

Dated: November 10, 2025

Gibson, Dunn & Crutcher LLP

*/s/ Allison K. Kostecka*
Monica K. Loseman
Allison K. Kostecka
Lydia Lulkin
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, CO 80202
Telephone: (303) 298-5700
Fax: (303) 313-2829
Email: mloseman@gibsondunn.com
Email: akostecka@gibsondunn.com
Email: llulkin@gibsondunn.com

Brian M. Lutz
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: (415) 393-8200
Email: blutz@gibsondunn.com

*Counsel for the Individual Defendants*