IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00306-GPG-KAS

DINESH KALERA, individually and on behalf of all others similarly situated,

     Plaintiff,

v.

MODIVCARE, INC.,
L. HEATH SAMPSON,
KENNETH SHEPARD, and
BARBARA K. GUTIERREZ,

     Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

     This matter is before the Court on Irving Firemen's Relief and Retirement Fund's ("IFRRF") **Joinder in Response to Notice of Suggestion of Bankruptcy and Renewed Request to Appoint Lead Plaintiff** (the "Motion") [#44]. On September 5, 2025, Defendants filed a Notice of Suggestion of Bankruptcy notifying the Court that Defendant Modivcare, Inc. had recently initiated bankruptcy proceedings. **Notice of Suggestion of Bankruptcy** ("Notice") [#41]. On September 19, 2025, Lead Plaintiff Movant Christopher Skrypski filed a Response to Notice of Suggestion of Bankruptcy (ECF NO. 41) and Request to Set Hearing ("Response") [#42]. In the current Motion, IFRRF seeks to join Movant Skrypski's Response to the Notice and renews its request to be appointed Lead Plaintiff. *Motion* [#44].

     After IFRRF filed the current Motion, the Court appointed Movant Skrypski as Lead Plaintiff. *Order* [#48]. Additionally, on November 3, 2025, the Court denied Movant Skrypski's Response to the Notice, stating, "To the extent that the Response (D. 42) is a motion requesting some relief, the filing party shall refile the motion expressing what relief it is seeking. The current filing is DENIED WITHOUT PREJUDICE and the party SHALL refile the matter as a motion." *Order* [#49]. Accordingly,

     IT IS HEREBY **ORDERED** that the Motion [#44] is **DENIED as moot**.

     Dated: November 10, 2025