IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00306-GPG-KAS

DINESH KALERA, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

MODIVCARE, INC.,
L. HEATH SAMPSON,
KENNETH SHEPARD, and
BARBARA K. GUTIERREZ,

    Defendants.

_____

**MINUTE ORDER**

_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

This matter is before the Court on the **Joint Motion for Entry of Proposed Schedule for Filing Amended Complaint and Defendants' Response (ECF NO. 13)** (the "Motion") [#50].

IT IS HEREBY **ORDERED** that the Motion [#50] is **GRANTED**. Lead Plaintiff shall file an Amended Complaint no later than **January 9, 2026**. Individual Defendants shall file an Answer or otherwise respond to the Amended Complaint no later than **March 10, 2026**. Lead Plaintiff shall file a Response in opposition to any Motion to Dismiss the Amended Complaint no later than **May 12, 2026**. Individual Defendants shall file a Reply in support of any Motion to Dismiss no later than **June 11, 2026**. Individual Defendants shall not answer or otherwise respond to the initial Complaint [#1].

Dated: November 10, 2025